**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24 B 09140 |
| | ) | |
| JAMES A. COSMANO, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge TIMOTHY A. BARNES |

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that on January 9, 2025, at 9:15 a.m., I will appear before the Honorable Judge TIMOTHY A. BARNES, or any judge sitting in the judge's place, **either** in Courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604 **or** electronically as described below, and present the Trustee's Motion to Dismiss Case for Ineligibility, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is 161 329 5276. The passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Respectfully Submitted,

/s/ Thomas H. Hooper
THOMAS H. HOOPER
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL  60603
(312) 294-5900

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24 B 09140 |
| | ) | |
| JAMES A. COSMANO, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge TIMOTHY A. BARNES |

**TRUSTEE'S MOTION TO DISMISS CASE**
**FOR INELIGIBILITY**

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant

case ("Trustee"), and hereby moves, pursuant to 11 U.S.C. § 109(e), to dismiss the case for

ineligibility, and in support thereof, states the following:

1. The Debtor filed the above captioned case on June 21, 2024.

2. On December 19, 2024, the Department of Treasury - Internal Revenue Service, filed

   Claim #3-2 and asserted an unsecured claim of $7,957,893.73 (See Attached Exhibit B).

3. Under 11 U.S.C. §109(e), as it was in effect on the date of the filing of this case, "[o]nly

   an individual … that owes, on the date of the filing of the petition, noncontingent,

   liquidated debts of less than $2,750,000 … may be a debtor under chapter 13 of this

   title."

4. Based on Claim #3-2, the Debtor owes noncontingent, liquidated debts in excess of the

   debt limit in effect on the date of the filing of the case, and this case should be dismissed.

**WHEREFORE**, the Trustee prays the Court to enter an Order dismissing the case, and for such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

Dated: December 30, 2024

/s/ Thomas H. Hooper
THOMAS H. HOOPER
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

## CERTIFICATE OF SERVICE

I, <u>Besira Nikolla,</u> a non-attorney, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown by U.S. Mail or by the methods indicated on December 30, 2024.

| | |
|---|---|
| Bach Law Offices<br>PO Box 1285<br>Northbrook, IL 60065 | *via CM/ECF* |
| James A. Cosmano<br>2202 Lawrence Lane<br>Mount Prospect, IL 60056 | *via First-Class Mail* |
| Adam Brief<br>Acting U.S. Trustee<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn St., Room 873<br>Chicago, IL 60604 | *via CM/ECF* |

/s/ Besira Nikolla
THOMAS H. HOOPER
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900