| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **James Cosmano** | | Social Security number or ITIN   **xxx−xx−4658** |
| | First Name   Middle Name   Last Name | | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN   _ _ _ _ |
| | | | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **19−13287**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James Cosmano

August 13, 2019

**For the court:**  Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 19-13287-ABG
James Cosmano                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin           Page 1 of 1           Date Rcvd: Aug 13, 2019
                             Form ID: 318           Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
db           +James Cosmano,    450 E. Waterside Dr.,    #1301,    Chicago, IL 60601-4715
27821195     +Chase,    P.O. Box 78420,    Phoenix, AZ 85062-8420
27821199     +Robert J. Fedor,    23550 Center Ridge Rd,    Ste. 107,    Westlake, OH 44145-3655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QSRRADTKE.COM Aug 14 2019 06:13:00     Steven R Radtke,    Chill, Chill & Radtke PC,
               79 W Monroe Street Suite 1305,    Chicago, IL 60603-4925
27821194      EDI: BANKAMER.COM Aug 14 2019 06:13:00     Bank of America,    PO Box 15019,
               Wilmington, DE 19886
27821196     +EDI: CHASE.COM Aug 14 2019 06:13:00     Chase,    PO Box 15298,    Wilmington, DE 19850-5298
27821197     +EDI: IRS.COM Aug 14 2019 06:13:00     Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
27821198     +E-mail/Text: bnc@nordstrom.com Aug 14 2019 02:40:43     Nordstrom FSB,    P.O. Box 79137,
               Phoenix, AZ 85062-9137
27821200     +E-mail/Text: jennifer.chacon@spservicing.com Aug 14 2019 02:43:52
               Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                        TOTAL: 6


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
          James M Strandjord   on behalf of Creditor    United States of America
           james.m.strandjord@usdoj.gov,   northern.taxcivil@usdoj.gov
          Justin R. Storer   on behalf of Debtor 1 James  Cosmano jstorer@lakelaw.com,
           5217@notices.nextchapterbk.com;ECF@Lakelaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Steven R Radtke   sradtke@chillchillradtke.com,   sradtke@ecf.axosfs.com
          Timothy R Yueill   on behalf of Creditor   CSMC 2018-SP3 Trust timothyy@nevellaw.com
                                                                            TOTAL: 5