**Fill in this information to identify the case:**

Debtor 1  JAMES ANTHONY COSMANO
_____

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the:  NORTHERN District of ILLINOIS

Case number  24-09140 _____      (State)

Official Form 410

# Proof of Claim

**12/24**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. | **Who is the current creditor?** | Department of Treasury - Internal Revenue Service _____  Creditor Number : 30905536 _____ Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| --- | --- | --- |
| 2. | **Has this claim been acquired from someone else?** | ☑ No <br> ☐ Yes.  From whom? _____ |

| 3. | **Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Internal Revenue Service <br> Name <br> P.O. Box 7346 <br> Number        Street <br> Philadelphia        PA        19101-7346 <br> City        State        ZIP Code <br><br> Contact phone  1-800-973-0424 <br><br> Contact email  _____ | **Where should payments to the creditor be sent?** (if different) <br><br> Internal Revenue Service <br> Name <br> P.O. Box 7317 <br> Number        Street <br> Philadelphia        PA        19101-7317 <br> City        State        ZIP Code <br><br> Contact phone  1-800-973-0424 <br><br> Contact email  _____ |
| --- | --- | --- | --- |

Uniform claim identifier (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

| 4. | **Does this claim amend one already filed?** | ☐ No <br> ☑ Yes.  Claim number on court claims registry (if known) 3_____        Filed on 10/22/2024 _____ <br>                                                                               MM / DD / YYYY |
| --- | --- | --- |
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes.  Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

❑ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment ____  ____

**7. How much is the claim?**  $_____8,355,333.73 . **Does this amount include interest or other charges?**

❑ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes _____

**9. Is all or part of the claim secured?**

❑ No

☑ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☑ Motor vehicle

☑ Other. Describe:      All of debtor(s) right, title and interest to property - 26 U.S.C. §6321. _____

**Basis for perfection:**      See Attachment _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**:              $_____

**Amount of the claim that is secured:**    $_____397,440.00

**Amount of the claim that is unsecured:** $_____7,957,893.73 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed) _____8 %

❑ Fixed

☑ Variable

**10. Is this claim based on a lease?**

☑ No

❑ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**

❑ No

☑ Yes. Identify the property: See attachment _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br><br>☐ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 04/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:     Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☑  I am the creditor.<br>☐  I am the creditor's attorney or authorized agent.<br>☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date ___12/19/2024___<br>MM / DD / YYYY |
|---|---|

/s/ R. VEGA
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | R. | VEGA |
|---|---|---|
| | First name | Middle name        Last name |

| Title | Bankruptcy Specialist |
|---|---|

| Company | Internal Revenue Service |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | 230 S. Dearborn  Room 2600, M/S 5014CHI |
|---|---|
| | Number        Street |
| | Chicago                              IL        60604 |
| | City                              State      ZIP Code |

| Contact phone | (312) 292-2846 | Email | rosa.vega@irs.gov |
|---|---|---|---|

# Proof of Claim for
# Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** JAMES ANTHONY COSMANO
2202 LAWRENCE LANE
MOUNT PROSPECT, IL 60056

Form **410**
Attachment

| Case Number |
| --- |
| 24-09140 |

| Type of Bankruptcy Case |
| --- |
| CHAPTER 13 |

| Date of Petition |
| --- |
| 06/21/2024 |

Amendment No. 2 to Proof of Claim dated 10/22/2024

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## Secured Claims          (Notices of Federal tax lien filed under internal revenue laws before petition date)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | Notice of Tax Date | Lien Filed: Office Location |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| XXX-XX-4658 | INCOME | 12/31/2007 | 03/15/2010 | $397,440.00 | $0.00 | $0.00 | Right to Setoff | |
| | | | | | | | 02/09/2015 | Cook County |
| | | | | | | | 03/09/2020 | Cook County |
| | | | | | | | 12/21/2010 | Cook County |
| | | | | $397,440.00 | $0.00 | $0.00 | | |

**Total Amount of Secured Claims:**          **$397,440.00**

## Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XXX-XX-4658 | INCOME | 12/31/2007 | 03/15/2010 | $2,478,256.63 | $2,830,544.43 |
| XXX-XX-4658 | INCOME | 12/31/2008 | 12/01/2014 | $91,648.00 | $80,233.43 |
| XXX-XX-4658 | INCOME | 12/31/2009 | 12/01/2014 | $45,993.00 | $36,882.65 |
| XXX-XX-4658 | INCOME | 12/31/2010 | 01/05/2015 | $14,547.00 | $10,699.91 |
| | | | | $2,630,444.63 | $2,958,360.42 |

Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . .$2,369,088.68

**Total Amount of Unsecured General Claims:**          **$7,957,893.73**

1872 *** REFILED NOTICE ** REFILED NOTICE ***    COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET:  24-09140 | Lien Recorded   : 03/09/2020 - 00:00AM<br>Recording Number: 200691031<br>UCC Number     :<br>Liber          :<br>Page           : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #4<br>Lien Unit Phone: (800) 913-6050 | Original IRS Serial No.: 729826710<br>Lien Recorded       : 12/21/2010 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:

JAMES A COSMINO

Residence:    2500 WINDSOR MALL APT 3F
PARK RIDGE, IL 60068-3639

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2007 | XXX-XX-4658 | 03/15/2010 | 04/14/2030 | $5,156,036.05 |

| Filed at:    Recorder of Deeds<br>Cook County<br>Chicago, IL 60602 | Total | $5,156,036.05 |
|---|---|---|

This notice was prepared and executed at CHICAGO, IL
on this. the 08th day of December. 2010.

| Authorizing Official:<br>R. FONTAN | Title:<br>REVENUE OFFICER |
|---|---|

1872                           COURT RECORDING DATA

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET:  24-09140 | Lien Recorded   : 02/09/2015 - 00:00AM<br>Recording Number: 1504001075<br>UCC Number     :<br>Liber          :<br>Page           : |
| Area: SMALL BUSINESS/SELF EMPLOYED #4<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 141630215 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
   JAMES COSMANO

Residence:    2202 W LAWRENCE LANE
              MOUNT PROSPECT, IL 60056

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2007 | XXX-XX-4658 | 08/25/2008 | 09/24/2018 | $0.00 |
| 1040 | 12/31/2007 | XXX-XX-4658 | 03/15/2010 | 04/14/2020 | $5,155,986.05 |
| 1040 | 12/31/2008 | XXX-XX-4658 | 12/01/2014 | 12/31/2024 | $132,349.53 |
| 1040 | 12/31/2009 | XXX-XX-4658 | 12/01/2014 | 12/31/2024 | $64,026.51 |
| 1040 | 12/31/2010 | XXX-XX-4658 | 11/14/2011 | 12/14/2021 | $0.00 |
| 1040 | 12/31/2010 | XXX-XX-4658 | 01/05/2015 | 02/04/2025 | $20,524.90 |

| | | | |
|---|---|---|---|
| Filed at:    Recorder of Deeds<br>Cook County<br>Chicago, IL 60602 | | Total | $5,372,886.99 |

This notice was prepared and executed at CHICAGO, IL
on this. the 28th day of January. 2015.

| Authorizing Official: | Title: |
|---|---|
| BART  BRELLENTHIN | REVENUE OFFICER      24-06-2450 |

1872 *** REFILED NOTICE ** REFILED NOTICE ***    COURT RECORDING DATA

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET:  24-09140 | Lien Recorded   : 03/09/2020 - 00:00AM<br>Recording Number: 2006910132<br>UCC Number     :<br>Liber          :<br>Page           : |
| Area: SMALL BUSINESS/SELF EMPLOYED #4<br>Lien Unit Phone: (800) 913-6050 | Original IRS Serial No.: 141630215<br>Lien Recorded     : 02/09/2015 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:

JAMES COSMANO

Residence:    2202 W LAWRENCE LANE
MOUNT PROSPECT, IL 60056

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2007 | XXX-XX-4658 | 03/15/2010 | 04/14/2030 | $5,156,036.05 |

| | | |
|---|---|---|
| Filed at:    Recorder of Deeds<br>Cook County<br>Chicago, IL 60602 | Total | $5,156,036.05 |

This notice was prepared and executed at CHICAGO, IL
on this. the 28th day of January. 2015.

| Authorizing Official: | Title: |
|---|---|
| BART  BRELLENTHIN | REVENUE OFFICER |

| 1872 | COURT RECORDING DATA |
|------|----------------------|

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET:  24-09140 | Lien Recorded   : 12/21/2010 - 08:59AM<br>Recording Number: 1035526060<br>UCC Number     :<br>Liber          :<br>Page           : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #4<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 729826710 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:

   JAMES A COSMINO

Residence:   2500 WINDSOR MALL APT 3F

              PARK RIDGE, IL 60068-3639

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|------|--------|----------|----------|----------------|----------------|
| 1040 | 12/31/2007 | XXX-XX-4658 | 08/25/2008 | 09/24/2018 | $0.00 |
| 1040 | 12/31/2007 | XXX-XX-4658 | 03/15/2010 | 04/14/2020 | $3,798,756.56 |

| Filed at:   Recorder of Deeds<br>          Cook County<br>          Chicago, IL 60602 | Total | $3,798,756.56 |
|---|---|---|

This notice was prepared and executed at CHICAGO, IL
on this. the 08th dav of December. 2010.

| Authorizing Official: | Title: |
|---|---|
| R. FONTAN | REVENUE OFFICER    24-07-3520 |