IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 19-bk-13287 |
| | ) | Chapter 7 |
| JAMES COSMANO, | ) | Judge A. Benjamin Goldgar |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JAMES COSMANO, | ) | Adv. Proc. No. 21-ap-00059 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF JAMES A. COSMANO'S RESPONSE TO DEFENDANT UNITED STATES OF AMERICA'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JAMES A. COSMANO

Plaintiff, James Cosmano ("Cosmano" or "Plaintiff"), by and through his attorney Paul M. Bach and Penelope N. Bach of Bach Law Offices, Inc. and answering Second Set of Requests for Production propounded by the United States of America ("USA" or "Defendant") states as follows:

Before providing answers to each Interrogatory, James Cosmano objects to any Request for Production (including but not limited to number 25, 26, 29, 30 & 31) in which asks for a document regarding facts that occurred after James Cosmano filed a Bankruptcy Petition on August 13, 2019. The court in making a determination whether the conduct of the Debtor is dischargeable or not under 11 USC 523 can only consider facts or conduct that occurred prior to the Debtor filing the Bankruptcy Petition. This is consistent with the "fresh start policy" and the



**Exhibit**

A

standard of proof discussed by the United States Supreme Court in *Grogan v. Garner*, 498 U.S. 279 (1991).

## REQUESTS FOR THE PRODUCTION OF DOCUMENTS

24.     All documents pertaining to improvements made to the property located at 450 E.

Waterside Drive, Unit 1301, Chicago, IL 60601 between 2007 and the present, including

but not limited to all documents reflecting or referring to payments for materials or to

contractors or laborers.

**RESPONSE**: James Cosmano answers that he cannot respond to Request for Production number 24 as a result of the privilege against self-incrimination contained in the Fifth Amendment to the United States Constitution. On May 5, 2022, before the United States District Court, representatives of the Department of Justice stated that a criminal referral had been made to the United States Attorney for the Northern District of Illinois. The existence of an open grand jury investigation of Mr. Cosmano was subsequently confirmed by the United States Attorney's Office. It is Mr. Cosmano's belief from various sources that the criminal referral is likely broad and covers not just bankruptcy post-petition events regarding 450 E. Waterside Drive, Unit 1301, Chicago, IL 60601 but also pre-petition events and facts regarding the underlying taxes at issue (2007-2010) until the filing of the Bankruptcy Case on May 8, 2019. As a result, James Cosmano asserts his right to not incriminate himself.

25.     All documents pertaining to improvements made to the property located at 2202 W.

Lawrence Lane, Mount Prospect, IL 60056, between 2007 and the present, including but

not limited to all documents reflecting or referring to payments for materials or to

contractors or laborers.

**RESPONSE**: James Cosmano answers that he cannot respond to Request for Production number 25 as a result of the privilege against self-incrimination contained in the Fifth Amendment to the United States Constitution. On May 5, 2022, before the United States District Court, representatives of the Department of Justice stated that a criminal referral had been made to the United States Attorney for the Northern District of Illinois. The existence of an open grand jury investigation of Mr. Cosmano was subsequently confirmed by the United States Attorney's Office. It is Mr. Cosmano's belief from various sources that the criminal referral is likely broad and covers not just bankruptcy post-petition events regarding 450 E. Waterside Drive, Unit 1301, Chicago, IL 60601 but also pre-petition events and facts regarding the underlying taxes at issue (2007-2010) until the filing of the Bankruptcy Case on May 8, 2019. As a result, James Cosmano asserts his right to not incriminate himself.

26.     To the extent not encompassed by Request No. 24, above, all documents pertaining to the

construction and/or destruction of the false wall described in ¶ 1 of the Civil Contempt

2

Order issued by the United States District Court for the Northern District of Illinois at

ECF No. 79 in the matter of *Wilmington Savings Fund Society, FSB v. Cosmano, et al.,*

Case No. 1:20-cv-07032, including but not limited to correspondence, payments,

receipts, and invoices.

**RESPONSE**: James Cosmano answers that he cannot respond to Request for Production
number 26 as a result of the privilege against self-incrimination contained in the Fifth
Amendment to the United States Constitution. On May 5, 2022, before the United States District
Court, representatives of the Department of Justice stated that a criminal referral had been made
to the United States Attorney for the Northern District of Illinois. The existence of an open
grand jury investigation of Mr. Cosmano was subsequently confirmed by the United States
Attorney's Office. It is Mr. Cosmano's belief from various sources that the criminal referral is
likely broad and covers not just bankruptcy post-petition events regarding 450 E. Waterside
Drive, Unit 1301, Chicago, IL 60601 but also pre-petition events and facts regarding the
underlying taxes at issue (2007-2010) until the filing of the Bankruptcy Case on May 8, 2019.
As a result, James Cosmano asserts his right to not incriminate himself.

27.    All correspondence or other communications between you and Michael Kuehn or his

companies, including but not limited to associated documents such as invoices and copies

of checks.

**RESPONSE**: James Cosmano answers that he cannot respond to Request for Production
number 27 as a result of the privilege against self-incrimination contained in the Fifth
Amendment to the United States Constitution. On May 5, 2022, before the United States District
Court, representatives of the Department of Justice stated that a criminal referral had been made
to the United States Attorney for the Northern District of Illinois. The existence of an open
grand jury investigation of Mr. Cosmano was subsequently confirmed by the United States
Attorney's Office. It is Mr. Cosmano's belief from various sources that the criminal referral is
likely broad and covers not just bankruptcy post-petition events regarding 450 E. Waterside
Drive, Unit 1301, Chicago, IL 60601 but also pre-petition events and facts regarding the
underlying taxes at issue (2007-2010) until the filing of the Bankruptcy Case on May 8, 2019.
As a result, James Cosmano asserts his right to not incriminate himself.

28.    All correspondence or other communications between you and Kevin Vaught or his

companies, including but not limited to associated documents such as invoices and copies

of checks.

**RESPONSE**: James Cosmano answers that he cannot respond to Request for Production
number 28 as a result of the privilege against self-incrimination contained in the Fifth
Amendment to the United States Constitution. On May 5, 2022, before the United States District
Court, representatives of the Department of Justice stated that a criminal referral had been made

to the United States Attorney for the Northern District of Illinois. The existence of an open grand jury investigation of Mr. Cosmano was subsequently confirmed by the United States Attorney's Office. It is Mr. Cosmano's belief from various sources that the criminal referral is likely broad and covers not just bankruptcy post-petition events regarding 450 E. Waterside Drive, Unit 1301, Chicago, IL 60601 but also pre-petition events and facts regarding the underlying taxes at issue (2007-2010) until the filing of the Bankruptcy Case on May 8, 2019. As a result, James Cosmano asserts his right to not incriminate himself.

29.     All documents, including correspondence or other communications and copies of checks, pertaining to gifts received by you to pay your monthly expenses between 2007 and the present. Such gifts include, but are not limited to, (1) gifts you received which were referenced by you on Schedule I to your Chapter 7 bankruptcy petition, filed as ECF No. 1 with the United States Bankruptcy Court for the Northern District of Illinois in *In re Cosmano*, Case No. 1913287; and (2) gifts identified by you during the June 11, 2019, Section 341 meeting referenced by docket entry ECF No. 2 of that bankruptcy case (or any other Section 341 meeting in that matter).

**RESPONSE**: James Cosmano answers that he cannot respond to Request for Production number 29 as a result of the privilege against self-incrimination contained in the Fifth Amendment to the United States Constitution. On May 5, 2022, before the United States District Court, representatives of the Department of Justice stated that a criminal referral had been made to the United States Attorney for the Northern District of Illinois. The existence of an open grand jury investigation of Mr. Cosmano was subsequently confirmed by the United States Attorney's Office. It is Mr. Cosmano's belief from various sources that the criminal referral is likely broad and covers not just bankruptcy post-petition events regarding 450 E. Waterside Drive, Unit 1301, Chicago, IL 60601 but also pre-petition events and facts regarding the underlying taxes at issue (2007-2010) until the filing of the Bankruptcy Case on May 8, 2019. As a result, James Cosmano asserts his right to not incriminate himself.

30.     All documents pertaining to your gambling activity between 2007 and the present, including (1) any IRS Form W-2G, "Certain Gambling Winnings," issued to you during that period; (2) any materials evidencing cash advances you received with respect to such gambling activity, and (3) any other documents prepared by you or by third parties that refer or relate to any gambling by you.

4

**RESPONSE:** James Cosmano answers that he cannot respond to Request for Production number 30 as a result of the privilege against self-incrimination contained in the Fifth Amendment to the United States Constitution. On May 5, 2022, before the United States District Court, representatives of the Department of Justice stated that a criminal referral had been made to the United States Attorney for the Northern District of Illinois. The existence of an open grand jury investigation of Mr. Cosmano was subsequently confirmed by the United States Attorney's Office. It is Mr. Cosmano's belief from various sources that the criminal referral is likely broad and covers not just bankruptcy post-petition events regarding 450 E. Waterside Drive, Unit 1301, Chicago, IL 60601 but also pre-petition events and facts regarding the underlying taxes at issue (2007-2010) until the filing of the Bankruptcy Case on May 8, 2019. As a result, James Cosmano asserts his right to not incriminate himself.

31.     Any appraisal report for the property located at 2202 W. Lawrence Lane, Mount Prospect, IL 60056, including but not limited to the appraisal which you identified as being in your possession during the June 11, 2019, Section 341 meeting referenced in docket entry ECF No. 2 of the case in the United States Bankruptcy Court for the Northern District of Illinois *In re Cosmano*, Case No. 19-13287 (or any other Section 341 meeting in that matter), and all documents, including copies of invoices, pertaining to any such appraisals.

**RESPONSE:** James Cosmano answers that he cannot respond to Request for Production number 31 as a result of the privilege against self-incrimination contained in the Fifth Amendment to the United States Constitution. On May 5, 2022, before the United States District Court, representatives of the Department of Justice stated that a criminal referral had been made to the United States Attorney for the Northern District of Illinois. The existence of an open grand jury investigation of Mr. Cosmano was subsequently confirmed by the United States Attorney's Office. It is Mr. Cosmano's belief from various sources that the criminal referral is likely broad and covers not just bankruptcy post-petition events regarding 450 E. Waterside Drive, Unit 1301, Chicago, IL 60601 but also pre-petition events and facts regarding the underlying taxes at issue (2007-2010) until the filing of the Bankruptcy Case on May 8, 2019. As a result, James Cosmano asserts his right to not incriminate himself.

32.     All documents evidencing the source of payments made by you, your agent(s), or any other person to your attorneys for fees (including any retainer) in any case involving your federal income tax liabilities for your 2007, 2008, 2009, and 2010 tax years, including but not limited to (1) the matter of *Wilmington Savings Fund Society, FSB v. Cosmano, et al.*, Case No. 1:20-cv-07032 (N.D. Ill.); (2) the matter of *In re Cosmano*, Case No. 19-bk-13287 (Bankr. N.D. Ill.); (3) the matter of *Cosmano v. United States*, Case No. 21-ap-

00059 (Bankr. N.D. Ill.); and (4) the matter of *United States v. Cosmano*, et al., Case No. 19-cv-06276 (N.D. Ill.).

**RESPONSE**: James Cosmano answers that he cannot respond to Request for Production number 32 as a result of the privilege against self-incrimination contained in the Fifth Amendment to the United States Constitution. On May 5, 2022, before the United States District Court, representatives of the Department of Justice stated that a criminal referral had been made to the United States Attorney for the Northern District of Illinois. The existence of an open grand jury investigation of Mr. Cosmano was subsequently confirmed by the United States Attorney's Office. It is Mr. Cosmano's belief from various sources that the criminal referral is likely broad and covers not just bankruptcy post-petition events regarding 450 E. Waterside Drive, Unit 1301, Chicago, IL 60601 but also pre-petition events and facts regarding the underlying taxes at issue (2007-2010) until the filing of the Bankruptcy Case on May 8, 2019. As a result, James Cosmano asserts his right to not incriminate himself.

Date: 7/6/22

JAMES A. COSMANO

**DATED**: July 6, 2022

/s/ Paul M. Bach

Bach Law Offices
P.O. Box 1285
Northbrook, IL 60065
paul@bachoffices.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2022, the foregoing document was served on the following individual by electronic mail:

DAVID A. HUBBERT
c/o NOAH D. GLOVER-ETTRICH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Washington, D.C. 20044
Noah.D.Glover-Ettrich@usdoj.gov