**U.S. Department of Justice**

*Trial Attorney: Bradley A. Sarnell*
*Attorney's Direct Line: 202-307-1038*
*Fax No. 202-514-5238*
*Bradley.A.Sarnell@usdoj.gov*

**Civil Division, Tax Litigation Branch**
*P.O. Box 55*
*Washington, D.C. 20044*

BAS:AAF:BASarnell
DJ 5-23-20495
CMN 2025100252

April 24, 2026

***Sent By Email***

Paul M. Bach, Esq.
Bach Law Offices, Inc.
P.O. Box 1285
Northbrook, IL 60065
paul@bachoffices.com

Re:    *In re James Anthony Cosmano*, Case No. 24-09140 (Bankr.N.D.Ill.)

Dear Mr. Bach:

This letter is to request your client's consent to a motion to establish adverse inferences and preclude the submission of any testimony by your client in the contested matter in the above-captioned bankruptcy initiated by your client's objection to the IRS's proof of claim. (Doc. 54.)

As you know, the matter of the dischargeability of your client's tax liabilities was litigated in *Cosmano v. United States*, No. 21-ap-00059 (Bankr.N.D.Ill.), during which your client invoked his Fifth Amendment right against self-incrimination in response to the United States' Second Request for Production of Documents, the United States' Second Set of Interrogatories, the United States' First Requests For Admissions, and to all substantive questions asked at his deposition. In this contested matter, you have suggested that your client would be withdrawing his assertion of the Fifth Amendment privilege. The Court's December 18, 2025 Agreed Order required your client to update his responses to the United States' written discovery within 45 days of entry of that Order. (Doc. 118.) That deadline was Monday, February 2. More than two months have passed since that deadline, for which you sought no extension, and your client has not updated his written discovery responses. As the Agreed Order also provided that "all written discovery in any past litigation between the United States and James Cosmano shall be treated as if it were produced in this litigation," your client has continued to invoke his Fifth Amendment right against self-incrimination in this proceeding.

Given that your client has continued to invoke his right against self-incrimination, the United States intends to file a motion to establish adverse inferences and to preclude your client's submission of any testimony that contradicts his invocation of the Fifth Amendment. Please let us know your position on that motion at your earliest convenience.

**Exhibit**

C

2

Sincerely,

*/s/Bradley A. Sarnell*
BRADLEY A. SARNELL
JEFFREY N. NUÑEZ
Trial Attorney
Civil Trial Section, Northern Region