UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

|  |  |  |
|---|---|---|
| In Re: | ) | Case Number: 24-09140 |
|  | ) |  |
|  | ) |  |
|  | ) | Chapter: 13 |
| James A. Cosmano | ) |  |
|  | ) | Honorable Timothy A. Barnes |
|  | ) |  |
|  | ) |  |
| Debtor(s) | ) |  |

### ORDER GRANTING UNITED STATES' MOTION TO ESTABLISH ADVERSE INFERENCES AND TO BAR TESTIMONY IN CONTESTED MATTER INVOLVING TAX CLAIMS

The United States' motion is GRANTED.

For purposes of this case, the Court deems that any answers that Debtor James A. Cosmano would have given in response to the United States' Second Set of Interrogatories, Second Set of Requests for Production of Documents, First Set of Requests for Admission, and deposition questions in Cosmano v. United States of America, Adv. Proc No. 21-ap-00059, which are being treated as if they were served in in the contested matter arising from the Debtor James Cosmano's objection to Proofs of Claim 3-1 and 3-2 filed by the Internal Revenue Service, would be adverse to his interests.

Debtor James A. Cosmano is barred from providing any substantive testimony at any trial or hearing, or by affidavit, in the above-referenced contested matter.

Enter:

Dated:                                                                    United States Bankruptcy Judge

**Prepared by:**

Bradley A. Sarnell
Trial Attorney, Tax Division - U.S. Department of Justice
P.O. Box 55, Washington, D.C. 20044
(202) 307-1038 (v) /(202) 514-5238 (f)
bradley.a.sarnell@usdoj.gov