**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Honorable** | **Hearing Date** |
| Timothy A. Barnes | July 2, 2026 |

| | | |
|---|---|---|
| **Bankruptcy Case** No. | 24 B 09140 | **Adversary No.** |

**Title of Case**  James Anthony Cosmano

**United States' Motion To Establish Adverse Inferences And To Bar Testimony In**

**Contested Matter Involving Tax Claims**

**(Docket No. 119)**

**Names and
Addresses of
moving counsel**

**Representing**

**ORDER**

**Response due on or before July 23, 2026.**

**If no response is filed and no party contacts the court prior to the response deadline to**

**indicate the matter has been resolved, the motion will be treated as uncontested and, based**

**on any uncontested allegations in the motion, as supported by evidence where necessary,**

**will be granted or denied in the absence of further hearing.**

**If a response is filed timely, the motion will be deemed contested. A reply, if any, will be due by**

**August 6, 2026.  A reply is not required, but should the movant fail to file a reply, they**

**may not argue orally at the hearing with respect to matters raised in the response.**

No further argument will be entertained unless ordered by the court.

No party should assume that the motion will be continued for further evidence.  All

evidentiary support must be submitted with the foregoing briefs.

Hearing continued to October 1, 2026 at 11:00 a.m.  Appear in Courtroom 744, 219 South

Dearborn St, Chicago, IL 60604, or using Zoom.