IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 24-09140 |
| | ) | Chapter 13 |
| JAMES A. COSMANO, | ) | Judge Timothy A. Barnes |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CREDITOR UNITED STATES OF AMERICA'S
RENEWED MOTION FOR SUMMARY JUDGMENT IN CONTESTED MATTER
INVOLVING OBJECTION TO IRS PROOF OF CLAIM**

Pursuant to Fed. R. Civ. P. 56, made applicable by Fed. R. Bankr. P. 7056 and Local

Rule 7056-1, the creditor United States of America, on behalf of the Internal Revenue Service,

renews its motion for summary judgment upon the Claim Objection of debtor James A.

Cosmano, ECF No. 54.  In particular, the government seeks judgment as a matter of law that Mr.

Cosmano's federal income tax liabilities for each of his 2007 through 2010 tax years were

excepted from his Chapter 7 discharge under 11 U.S.C. § 727(b) in his prior bankruptcy case as

they are liabilities with respect to which Mr. Cosmano "willfully attempted in any manner to

evade or defeat" under 11 U.S.C. § 523(a)(1)(C) and, therefore, that the claims for those years in

this case are allowable under 11 U.S.C. § 502.  (The government does not seek summary

judgment as to any valuation issue presented in Mr. Cosmano's claim objection, as that matter

will be mooted by a finding of non-dischargeability and, if not, will require expert discovery to

resolve).

Concurrently submitted with this motion are (1) the government's statement of material

facts pursuant to Local Rule 7056-1(c); (2) a supporting memorandum of law pursuant to Local

Rule 7056-1(b), and (3) a proposed order.

WHEREFORE, the creditor United States of America requests that the Court grant this

motion and determine that Mr. Cosmano's 2007-2010 federal income tax liabilities are non-

dischargeable as a matter of law pursuant to 11 U.S.C. § 523(a)(1)(C) and that Mr. Cosmano's

objection to the allowance of the IRS's proof of claim must consequently be overruled.

Respectfully submitted:

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax
Litigation Branch

/s/*Bradley A. Sarnell*
BRADLEY A. SARNELL
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 55
Washington, DC 20044
Telephone: (202) 307-1038
Bradley.A.Sarnell@usdoj.gov

Local Counsel:

ANDREW S. BOUTROS
United States Attorney

## CERTIFICATE OF SERVICE

I, Bradley A. Sarnell, hereby certify that the foregoing document and its attachments

were filed and served on July 31, 2026, pursuant to the Bankruptcy Court's ECF system as to the

ECF filers on the electronic mail notice list, or sent by U.S. mail on the same date, as follows:

James A. Cosmano                                                (via U.S. mail)
2202 Lawrence Lane
Mount Prospect, IL 60056
*Debtor*

Paul M. Bach                                                    (via CM/ECF)
Bach Law Offices
*Attorney for Debtor*

Adam Brief                                                      (via CM/ECF)
Office of the U.S. Trustee
*Acting U.S. Trustee*

Thomas H. Hooper                                                (via CM/ECF)
*Chapter 13 Trustee*

/s/Bradley A. Sarnell_____
BRADLEY A. SARNELL
Trial Attorney, Tax Division
United States Department of Justice

-3-