Form G5 (20241101)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 24-09140 |
| James A. Cosmano | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING UNITED STATES' MOTION FOR SUMMARY JUDGMENT

This matter came before the Court on Creditor United States of America's Renewed Motion for Summary Judgment in Contested Matter Involving Objection to IRS Proof of Claim. The Court having reviewed the motion and opposition, and considered the premises, it is hereby ORDERED as follows:

1. The United States' motion is GRANTED.

2. Debtor James A. Cosmano's federal income tax liabilities for tax years 2007, 2008, 2009, and 2010 are excepted from the bankruptcy discharge he received on August 13, 2019 in Case No. 1:19-bk-13287 pursuant to 11 U.S.C. 523(a)(1)(C) due to Mr. Cosmano's willful attempt to evade or defeat such tax liabilities.

Enter:

Dated:

United States Bankruptcy Judge

**Prepared by:**

Bradley A. Sarnell
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice