Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 1 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 1 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 1 of 67

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**Exhibit**
_____
I

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | James<br>First name<br><br>Middle name<br>Cosmano<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | **GOVERNMENT EXHIBIT**<br>_____<br>_____<br>**No. 15** |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 4 6 5 8<br>OR<br>**9** xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>**9** xx – xx – ____ ____ ____ ____ |

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 2 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 2 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 2 of 67

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br> Include trade names and *doing business as* names | ☑ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> _____ <br> EIN <br><br> _____ <br> EIN | ☐ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> _____ <br> EIN <br><br> _____ <br> EIN |
| **5. Where you live** | 450 E. Waterside Dr. <br> Number        Street <br><br> #1301 <br><br> Chicago                IL      60601 <br> City                    State    ZIP Code <br> Cook County <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number        Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City                    State    ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ <br> Number        Street <br><br> _____ <br><br> _____ <br> City                    State    ZIP Code <br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number        Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City                    State    ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. <br> (See 28 U.S.C. § 1408.) | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. <br> (See 28 U.S.C. § 1408.) |

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 3 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 3 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 3 of 67

| Part 2: | Tell the Court About Your Bankruptcy Case |
| --- | --- |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- [✓] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**8. How you will pay the fee**

- [✓] **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- [ ] **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- [ ] **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- [✓] No
- [ ] Yes.

District _____   When _____   Case number _____

District _____   When _____   Case number _____

District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- [✓] No
- [ ] Yes.

Debtor _____   Relationship to you _____
District _____   When _____   Case number, if known_____

Debtor _____   Relationship to you _____
District _____   When _____   Case number, if known_____

**11. Do you rent your residence?**

- [✓] No.   Go to line 12.
- [ ] Yes.   Has your landlord obtained an eviction judgment against you?

  - [ ] No. Go to line 12.
  - [ ] Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 4 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 4 of 67
Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 4 of 67

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

Cosmano Law Offices
Name of business, if any

1900 E. Golf Road
Number      Street

Suite 950

Schaumburg                    IL        60173
City                          State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?



If immediate attention is needed, why is it needed?



Where is the property?

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 4

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 5 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 5 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 5 of 67

**Part 5:**  **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.** I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.** I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 6 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 6 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 6 of 67

**Part 6:   Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**Part 7:   Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ /s/ James  Cosmano
_____
Signature of Debtor 1

✘ _____
Signature of Debtor 2

Executed on  05/07/2019
_____
MM  /  DD  / YYYY

Executed on  _____
MM  /  DD  / YYYY

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 6

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 7 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 7 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 7 of 67

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✖ /s/ Justin Storer
_____      Date      05/07/2019
Signature of Attorney for Debtor                                    MM  /  DD / YYYY

Justin Storer
_____
Printed name

Lakelaw
_____
Firm name

53 West Jackson Boulevard
_____
Number    Street

Suite 1115
_____

Chicago                                    IL          60604
_____
City                                          State       ZIP Code

Contact phone 3125885000          Email address jstorer@lakelaw.com

6293889                                    IL
_____
Bar number                                State

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 8 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 8 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 8 of 67

**Fill in this information to identify your case:**

Debtor 1      James  Cosmano
              First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name          Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number  _____
              (If known)

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
|---|---|

|  | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 625,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 4,372.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 629,372.00 |

| Part 2: | Summarize Your Liabilities |
|---|---|

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 6,672,979.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 26,998.00 |
| **Your total liabilities** | $ 6,699,977.00 |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ 600.00 |
|---|---|
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $ 7,096.00 |

Case 24-09140 Doc 134-15 Filed 07/31/26 Entered 07/31/26 13:53:19 Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules Page 9 of 67

Case 21-00059 Doc 59-9 Filed 08/10/22 Entered 08/10/22 22:51:32 Desc Ex. I
Chapter 7 Bankruptcy Petition Page 9 of 67

Case 19-13287 Doc 1 Filed 05/08/19 Entered 05/08/19 10:57:12 Desc Main
Document Page 9 of 67

Debtor 1 _James_ _Cosmano_____ Case number (*if known*)_____

First Name        Middle Name        Last Name

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____600.00_

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $_____0.00_ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____0.00_ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____0.00_ |
| 9d. Student loans. (Copy line 6f.) | $_____0.00_ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____0.00_ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $_____0.00_ |
| 9g. **Total.** Add lines 9a through 9f. | $_____0.00_ |

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 10 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 10 of 67

**Fill in this information to identify your case and this filing:**   ~~ed 05/08/19 10:57:12   Desc Main~~
Document     Page 10 of 67

Debtor 1   James  Cosmano
   First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name     Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1.**  2202 W. Lawrence Lane
   Street address, if available, or other description

   _____

   Mount Prospect      IL      60056
   City        State      ZIP Code

   Cook County
   County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
Value per appraisal 4/19

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**   **Current value of the portion you own?**
$ 120,000.00       $ 120,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee simple

☐ Check if this is community property

If you own or have more than one, list here:

**1.2.**  450 E. Waterside Dr.
   Street address, if available, or other description

   #1301

   Chicago      IL      60601
   City        State      ZIP Code

   Cook County
   County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
Value per 3/19 appraisal; includes separately-deeded parking space

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**
$ 505,000.00       $ 505,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee simple

☐ Check if this is community property
(see instructions)

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 11 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 11 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 11 of 67

1. _____

_____
Street address, if available, or other description

_____

_____
City                    State      ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ..............................➔   $ 625,000.00

---

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.  Make: Jeep
      Model: Wrangler
      Year: 2005
      Approximate mileage: 160000
      Other information:

      Condition:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ 3,130.00   $ 3,130.00

If you own or have more than one, describe here:

3.2.  Make: _____
      Model: _____
      Year: _____
      Approximate mileage: _____
      Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 12 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 12 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 12 of 67

___.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

___  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1.  Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

If you own or have more than one, list here:

4.2.  Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ....................................................................➔   $3,130.00

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 13 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 13 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 13 of 67

| Part 3: | Describe Your Personal and Household Items |
| --- | --- |

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe. ........
   Compliment of furniture for one-bedroom condo, couch, dinette

   $ 500.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe. ........
   TV, phone, laptop

   $ 350.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe. .........

   $ 0.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe. .........

   $ 0.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe. .........

    $ 0.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe. ........
    Necessary wearing apparel

    $ 300.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe. .........

    $ 0.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe. .........

    $ 0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information...............

    $ 0.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................................................................... ➔

    $ 1,150.00

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 14 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 14 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 14 of 67

**Part 4:**   **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**                    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☑ No
   ☐ Yes.................................................................................................................................   Cash: ....................   $_____

17. **Deposits of money**

   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes.....................   Institution name:

   | | | |
   |---|---|---|
   | 17.1. Checking account: | Chase (IOLTA) | $ 12.00 |
   | 17.2. Checking account: | Chase | $ 40.00 |
   | 17.3. Savings account: | | $_____ |
   | 17.4. Savings account: | | $_____ |
   | 17.5. Certificates of deposit: | | $_____ |
   | 17.6. Other financial account: | Chase | $ 40.00 |
   | 17.7. Other financial account: | | $_____ |
   | 17.8. Other financial account: | | $_____ |
   | 17.9. Other financial account: | | $_____ |

18. **Bonds, mutual funds, or publicly traded stocks**

   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes.................
   Institution or issuer name:

   _____   $_____
   _____   $_____
   _____   $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No
   ☑ Yes. Give specific information about them. ........................

   Name of entity:                              % of ownership:
   Cosmano Law Offices _____   100  %   $ 0.00 _____
   _____   _____ %   $_____
   _____   _____ %   $_____

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 15 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 15 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 15 of 67

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
   information about
   them. ......................
   Issuer name:

_____   $_____
_____   $_____
_____   $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
   account separately.     Institution name:
   Type of account:

401(k) or similar plan:   _____   $_____

Pension plan:   _____   $_____

IRA:   _____   $_____

Retirement account:   _____   $_____

Keogh:   _____   $_____

Additional account:   _____   $_____

Additional account:   _____   $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes..........................   Institution name or individual:

Electric:   _____   $_____
Gas:   _____   $_____
Heating oil:   _____   $_____
Rental unit:   _____   $_____
Prepaid rent:   _____   $_____
Telephone:   _____   $_____
Water:   _____   $_____
Rented furniture:   _____   $_____
Other:   _____   $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes..........................   Issuer name and description:

_____   $_____
_____   $_____
_____   $_____

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 16 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 16 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 16 of 67

24. **Interests in an education IRA**, **in an account in a qualified ABLE program**, **or under a qualified state tuition program**.
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____   $_____

_____   $_____

_____   $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ..   $0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ..   $0.00

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No

☑ Yes. Give specific information about them. ..   Illinois Bar License   $0.00

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal:   $0.00
State:   $0.00
Local:   $0.00

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. .............

Alimony:   $0.00
Maintenance:   $0.00
Support:   $0.00
Divorce settlement:   $0.00
Property settlement:   $0.00

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ...............   $0.00

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 17 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 17 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 17 of 67

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. .............                                   $ 0.00

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim......................                                   $ 0.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim......................                                   $ 0.00

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............                                   $ 0.00

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................... ➔   $ 92.00

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe.......                                   $ 0.00

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe.......                                   $ 0.00

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 18 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 18 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 18 of 67

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe....... $ 0.00

41. **Inventory**

☑ No

☐ Yes. Describe....... $ 0.00

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe....... Name of entity:    % of ownership:

_____ _____% $_____

_____ _____% $_____

_____ _____% $_____

43. **Customer lists, mailing lists, or other compilations**

☐ No

☑ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

   ☐ No

   ☑ Yes. Describe......... Former client referral network $ 0.00

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information ......... _____ $_____

_____ $_____

_____ $_____

_____ $_____

_____ $_____

_____ $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** .................................................................................➔ $ 0.00

---

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**

Do not deduct secured claims
or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☐ No

☐ Yes.......................... $_____

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 19 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 19 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 19 of 67

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific information. ............

$_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes..........................

$_____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes..........................

$_____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific information. ............

$_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ....................................................................................................... ➔ $ 0.00

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

☐ No
☑ Yes. Give specific information. ............    All real and personal property

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ............................................... ➔ $ 0.00

---

**Part 8:    List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ........................................................................................................... ➔ $ 625,000.00

56. **Part 2: Total vehicles, line 5**    $ 3,130.00

57. **Part 3: Total personal and household items, line 15**    $ 1,150.00

58. **Part 4: Total financial assets, line 36**    $ 92.00

59. **Part 5: Total business-related property, line 45**    $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $ 0.00

61. **Part 7: Total other property not listed, line 54**    **+** $ 0.00

62. **Total personal property.** Add lines 56 through 61**.**....................    $ 4,372.00    Copy personal property total ➔  **+** $ 4,372.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62**.**.......................................................................    $ 629,372.00

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 20 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 20 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 20 of 67

**Fill in this information to identify your case:**

Debtor 1   James  Cosmano
First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name     Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number
(If known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 450 E. Waterside Dr.<br><br>Line from *Schedule A/B:* 1.2 | $ 505,000.00 | ☑ $ 15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 Ill. Comp. Stat. 5/12-901 735 Ill. Comp. Stat. 5/12-906  735 Ill. Comp. Stat. 5/12-902 |
| Brief description: 2005 Jeep Wrangler<br><br>Line from *Schedule A/B:* 3.1 | $ 3,130.00 | ☑ $ 730.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 Ill. Comp. Stat. 5/12-1001 (b) |
| Brief description: 2005 Jeep Wrangler<br><br>Line from *Schedule A/B:* 3.1 | $ 3,130.00 | ☑ $ 2,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 Ill. Comp. Stat. 5/12-1001 (c) |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 21 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 21 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 21 of 67

Debtor   James  Cosmano _____   Case number (*if known*)_____
First Name   Middle Name   Last Name

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household goods - Compliment of furniture for one-bedroom condo, couch, dinette<br>Line from Schedule A/B: 6 | $500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 Ill. Comp. Stat. 5/12-1001 (b) |
| Brief description: Electronics - TV, phone, laptop<br>Line from Schedule A/B: 7 | $350.00 | ☑ $ 350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 Ill. Comp. Stat. 5/12-1001 (b) |
| Brief description: Clothing - Necessary wearing apparel<br>Line from Schedule A/B: 11 | $300.00 | ☑ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 Ill. Comp. Stat. 5/12-1001 (a) |
| Brief description: Chase (Checking)<br>Line from Schedule A/B: 17.2 | $40.00 | ☑ $ 40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 Ill. Comp. Stat. 5/12-1001 (b) |
| Brief description: Chase (Checking)<br>Line from Schedule A/B: 17.6 | $40.00 | ☑ $ 40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 Ill. Comp. Stat. 5/12-1001 (b) |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C    **Schedule C: The Property You Claim as Exempt**    page 2 of 2

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 22 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 22 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 22 of 67

**Fill in this information to identify your case:**

Debtor 1 _____James  Cosmano_____
First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|
| **2.1** Chase | $ 121,000.00 | $ 120,000.00 | $ 1,000.00 |

Describe the property that secures the claim:

2202 W. Lawrence Lane, Mount Prospect, IL 60056 - $120,000.00

Creditor's Name
P.O. Box 78420
Number        Street

Phoenix        AZ    85062
City        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number

| **2.2** Internal Revenue Service | $ 6,051,979.00 | $ 0.00 | $ 6,051,979. |
|---|---|---|---|

Describe the property that secures the claim:

All real and personal property - $629,372
All real and personal property; tax lien CCRD 1504001075; same debt also memorialized by judgment lien CCRD 1825316059

Creditor's Name
PO Box 7346
Number        Street

Philadelphia        PA    19101
City        State    ZIP Code

of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number

| Add the dollar value of your entries in Column A  on this page. Write that number here: | $ 6,172,979.00 |
|---|---|

Case 24-09140    Doc 134-15    Filed 07/31/26    Entered 07/31/26 13:53:19    Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules    Page 23 of 67

Case 21-00059    Doc 59-9    Filed 08/10/22    Entered 08/10/22 22:51:32    Desc  Ex. I
Chapter 7 Bankruptcy Petition    Page 23 of 67

Case 19-13287    Doc 1    Filed 05/08/19    Entered 05/08/19 10:57:12    Desc Main
Document    Page 23 of 67

Debtor 1   James  Cosmano
           First Name    Middle Name    Last Name                    Case number (if known)_____

| Part 1: | Additional Page After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.3** Select Portfolio Servicing

Describe the property that secures the claim:    $ 500,000.00    $ 505,000.00    $ 0.00

450 E. Waterside Dr. #1301, Chicago, IL 60601 - $505,000.00

Creditor's Name
P.O. Box 65250
Number        Street

Salt Lake City        UT    84165
City                  State  ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    **Last 4 digits of account number**

---

Creditor's Name

Number        Street

City                  State   ZIP Code

Describe the property that secures the claim:    $_____   $_____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    **Last 4 digits of account number**

---

Creditor's Name

Number        Street

City                  State   ZIP Code

Describe the property that secures the claim:    $_____   $_____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    **Last 4 digits of account number**

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 500,000.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    $ 6,672,979.00

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page _2_ of _2_

Case 24-09140 Doc 134-15 Filed 07/31/26 Entered 07/31/26 13:53:19 Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules Page 24 of 67

Case 21-00059 Doc 59-9 Filed 08/10/22 Entered 08/10/22 22:51:32 Desc Ex. I
Chapter 7 Bankruptcy Petition Page 24 of 67

Case 19-13287 Doc 1 Filed 05/08/19 Entered 05/08/19 10:57:12 Desc Main
of 67

**Fill in this information to identify your case:**

Debtor 1 _James Cosmano_
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims against you?**
☑ No. Go to Part 2.
☐ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

_____
Priority Creditor's Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

$_____   $_____   $_____

**2.2**

_____
Priority Creditor's Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
    Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

$_____   $_____   $_____

| Debtor 1 | | | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.1**   Bank of America

Nonpriority Creditor's Name

PO Box 15019
Number        Street

Wilmington            DE      19886
City                  State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim**  $ 8,403.00

**Last 4 digits of account number** ____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

---

**4.2**   Chase

Nonpriority Creditor's Name

PO Box 15298
Number        Street

Wilmington            DE      19850
City                  State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,394.00

**Last 4 digits of account number** ____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

---

**4.3**   Nordstrom FSB

Nonpriority Creditor's Name

P.O. Box 79137
Number        Street

Phoenix               AZ      85062
City                  State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,201.00

**Last 4 digits of account number** ____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 26 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 26 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 26 of 67

Debtor 1 _____   Case number (*if known*)_____
First Name        Middle Name        Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**Total claim**

**4.4**   Robert J. Fedor
Nonpriority Creditor's Name

23550 Center Ridge Rd
Number        Street
Ste. 107

Westlake                    OH          44145
City                        State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Services rendered, if collectible appx. $22k owed

$ Unknown

---

**Last 4 digits of account number** _____

Nonpriority Creditor's Name

Number        Street

City                        State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

$_____

---

**Last 4 digits of account number** _____

Nonpriority Creditor's Name

Number        Street

City                        State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

$_____

---

Case 24-09140 Doc 134-15 Filed 07/31/26 Entered 07/31/26 13:53:19 Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules Page 27 of 67

Case 21-00059 Doc 59-9 Filed 08/10/22 Entered 08/10/22 22:51:32 Desc Ex. I
Chapter 7 Bankruptcy Petition Page 27 of 67

Case 19-13287 Doc 1 Filed 05/08/19 Entered 05/08/19 10:57:12 Desc Main
Document Page 27 of 67

Debtor 1 ___Carlos__Cosmano_____  Case number (*if known*)_____
  First Name   Middle Name   Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   Add the amounts for each type of unsecured claim.

| | | | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 26,998.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 26,998.00 |

Official Form 106E/F  **Schedule E/F: Creditors Who Have Unsecured Claims**  page 4 of 4

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 28 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 28 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 28 of 67

**Fill in this information to identify your case:**

Debtor        James  Cosmano
              First Name          Middle Name          Last Name

Debtor 2      _____
(Spouse If filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the Northern District of Illinois

Case number  _____
(If known)

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                   12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 _____ Name<br>_____ Street<br>_____ City    State    ZIP Code | |
| 2.2 _____ Name<br>_____ Street<br>_____ City    State    ZIP Code | |
| 2.3 _____ Name<br>_____ Street<br>_____ City    State    ZIP Code | |
| 2.4 _____ Name<br>_____ Street<br>_____ City    State    ZIP Code | |
| 2.5 _____ Name<br>_____ Street<br>_____ City    State    ZIP Code | |

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 29 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 29 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 29 of 67

**Fill in this information to identify your case:**

| Debtor 1 | James  Cosmano | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known) _____

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☑ No
   - ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No. Go to line 3.
   - ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      - ☐ No
      - ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number          Street

   _____
   City                    State            ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |
| **3.1** _____ <br> Name <br> _____ <br> Street <br> _____ <br> City          State          ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** _____ <br> Name <br> _____ <br> Street <br> _____ <br> City          State          ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.3** _____ <br> Name <br> _____ <br> Street <br> _____ <br> City          State          ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 30 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 30 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 30 of 67

**Fill in this information to identify your case:**

Debtor 1 _James  Cosmano_
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: _ Northern District of Illinois

Case number _____
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Attorney | _____ |
| Employer's name | Cosmano Law Offices | _____ |
| Employer's address | 1900 E. Golf Road<br>Number   Street<br>Suite 950<br><br>Schaumburg, IL 60173<br>City          State   ZIP Code | Number   Street<br><br>City          State   ZIP Code |
| How long employed there? | 22 years | _____ |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 600.00 | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 600.00 | $_____ |

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 31 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 31 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 31 of 67

Debtor 1    James  Cosmano                                    Case number (if known)_____
          First Name    Middle Name        Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ........................................ → | 4. | $ 600.00 | $ |

5. **List all payroll deductions:**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ |
| 5e. **Insurance** | 5e. | $ 0.00 | $ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ |
| 5g. **Union dues** | 5g. | $ 0.00 | $ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ | + $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 600.00 | $ |

8. **List all other income regularly received:**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ |
| 8e. **Social Security** | 8e. | $ 0.00 | $ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10.  $ 600.00  +  $ _____  =  $ 600.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies

12.  $ 600.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

[✓] No.          Debtor is gifted money from family to make ends meet, hopes to increase income or reduce expenses, but
[ ] Yes. Explain:  cannot guarantee

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 32 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 32 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 32 of 67

**Fill in this information to identify your case:**

Debtor 1   James  Cosmano
First Name           Middle Name           Last Name

Debtor 2
(Spouse, if filing) First Name           Middle Name           Last Name

United States Bankruptcy Court for the:   Northern District of Illinois
(State)

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
| --- | --- |

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**    ☑ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..........................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
| --- | --- | --- |
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 5,600.00 |
| **If not included in line 4:** | | |
| 4a.   Real estate taxes | 4a. | $ 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d.   Homeowner's association or condominium dues | 4d. | $ 660.00 |

Official Form 106J                **Schedule J: Your Expenses**                page 1

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 33 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 33 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 33 of 67

Debtor 1    James  Cosmano
     First Name     Middle Name     Last Name     Case number (*if known*)_____

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a.  Electricity, heat, natural gas | 6a. | $ 40.00 |
| 6b.  Water, sewer, garbage collection | 6b. | $ 0.00 |
| 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 200.00 |
| 6d.  Other. Specify: _____ | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 200.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 20.00 |
| 10. **Personal care products and services** | 10. | $ 100.00 |
| 11. **Medical and dental expenses** | 11. | $ 0.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 120.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a.  Life insurance | 15a. | $ 0.00 |
| 15b.  Health insurance | 15b. | $ 0.00 |
| 15c.  Vehicle insurance | 15c. | $ 45.00 |
| 15d.  Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a.  Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b.  Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c.  Other. Specify:_____ | 17c. | $ 0.00 |
| 17d.  Other. Specify:_____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a.  Mortgages on other property | 20a. | $ 0.00 |
| 20b.  Real estate taxes | 20b. | $ 0.00 |
| 20c.  Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e.  Homeowner's association or condominium dues | 20e. | $ 0.00 |

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 34 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 34 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 34 of 67

Debtor 1    James  Cosmano
            First Name    Middle Name    Last Name                 Case number (*if known*)_____

21.  **Other**. Specify:_ARDC_____    21.   **+**$_____32.00
     Malpractice insurance_____          **+**$_____79.00
     _____             **+**$_____

22.   **Calculate your monthly expenses.**

      22a. Add lines 4 through 21.                                        22a.   $_____7,096.00

      22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b.   $_____

      and 22b. The result is your monthly expenses.                       22c.   $_____7,096.00

23.  **Calculate your monthly net income.**

      23a.   Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.   $_____600.00

      23b.   Copy your monthly expenses from line 22c above.             23b.   **−**$_____7,096.00

      23c.   Subtract your monthly expenses from your monthly income.
             The result is your *monthly net income*.                    23c.   $_____-6,496.00

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

      For example, do you expect to finish paying for your car loan within the year or do you expect your
      mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

      ☑ No.
      ☐ Yes.    Explain here:

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 35 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 35 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 35 of 67

**Fill in this information to identify your case:**

Debtor 1 _James  Cosmano_
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| Sign Below |

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘  /s/ James  Cosmano                          ✘ _____
Signature of Debtor 1                              Signature of Debtor 2

Date 05/07/2019                                    Date _____
     MM / DD / YYYY                                    MM / DD / YYYY

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 36 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 36 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 36 of 67

**Fill in this information to identify your case:**

Debtor 1    James  Cosmano
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name          Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known)

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    **4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number      Street | To _____ | Number   Street | To _____ |
| City              State  ZIP Code | | City              State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number      Street | To _____ | Number   Street | To _____ |
| City              State  ZIP Code | | City              State      ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 37 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 37 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 37 of 67

Debtor 1    James  Cosmano

First Name       Middle Name       Last Name

Case number (if known)_____

## Part 2:   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 800.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2018 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 8,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 8,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Assistance from family<br>_____<br>_____ | $30,000.00<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For last calendar year:**<br>(January 1 to<br>December 31, 2018 ) | Assistance from family<br>_____<br>_____ | $60,000.00<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br>(January 1 to<br>December 31, 2017 ) | Assistance from family<br>_____<br>_____ | $60,000.00<br>$_____<br>$_____ | _____<br>_____ | $_____<br>$_____ |

Official Form 107                **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                page **2**

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 38 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 38 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 38 of 67

Debtor 1    James  Cosmano _____    Case number (*if known*)_____
First Name        Middle Name        Last Name

---

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and
the  total amount you paid that creditor. Do not include payments for domestic support obligations, such
as  child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
creditor. Do not include payments for domestic support obligations, such as child support and
alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br>City        State        ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br>City        State        ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br>City        State        ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 39 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 39 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 39 of 67

Debtor 1   James  Cosmano
            First Name     Middle Name        Last Name

Case number (*if known*)_____

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ❑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name<br><br>_____<br>Number   Street<br><br>_____<br>City              State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | |
| _____<br>Insider's Name<br><br>_____<br>Number   Street<br><br>_____<br>City              State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ❑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name<br><br>_____<br>Number   Street<br><br>_____<br>City              State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | |
| _____<br>Insider's Name<br><br>_____<br>Number   Street<br><br>_____<br>City              State    ZIP Code | _____<br><br>_____ | $_____ | $_____ | |

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 40 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 40 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 40 of 67

Debtor 1   James  Cosmano    Case number (*if known*)_____
First Name    Middle Name    Last Name

---

**Part 4:**   **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: USA v. Cosmano | Reduction to judgment of tax liabilities per 26 USC 7401; Date filed: 08/07/2017 | Northern District of Illinois<br>Court Name<br><br>219 S. Dearborn<br>Number   Street<br><br>Chicago          IL      60604<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number 17-cv-05721 | | | |
| Case title: | | Court Name<br><br>Number   Street<br><br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number _____ | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br>City   State   ZIP Code | | _____ | $_____ |

Explain what happened
☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br>City   State   ZIP Code | | _____ | $_____ |

Explain what happened
☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

---

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 41 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 41 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 41 of 67

Debtor 1   James  Cosmano                                           Case number (*if known*)_____
First Name   Middle Name   Last Name

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
❑ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's Name | | | |
| _____ Number    Street | | _____   $_____ | |
| _____ | | | |
| _____ City          State   ZIP Code | Last 4 digits of account number: XXXX– | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
❑ Yes

### Part 5:   List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
❑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____   $_____ | |
| _____ | | _____   $_____ | |
| _____ Number    Street | | | |
| _____ City          State   ZIP Code | | | |
| Person's relationship to you   _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____   $_____ | |
| _____ | | _____   $_____ | |
| _____ Number    Street | | | |
| _____ City          State   ZIP Code | | | |
| Person's relationship to you   _____ | | | |

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **6**

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 42 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 42 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 42 of 67

Debtor 1    James   Cosmano            Case number *(if known)*_____
             First Name      Middle Name      Last Name

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number    Street | | | |
| _____<br>City    State    ZIP Code | | | |

---

**Part 6:**    **List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:**    **List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Bauch & Michaels, LLC dba Lakelaw<br>Person Who Was Paid | $5,335 attorney's fees and chapter 7 filing fee | | |
| 53 W. Jackson Blvd.<br>Number   Street | | 02/2019 | $ 2,000.00 |
| Suite 1115 | | | |
| Chicago      IL      60604<br>City      State    ZIP Code | | 04/2019 | $ 3,335.00 |
| _____<br>Email or website address | | | |
| Sunday Cosmano (debtor's sister)<br>Person Who Made the Payment, if Not You | | | |

---

Official Form 107           **Statement of Financial Affairs for Individuals Filing for Bankruptcy**           page **7**

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 43 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 43 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 43 of 67

Debtor 1    James  Cosmano _____    Case number (*if known*)_____
           First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City           State    ZIP Code<br><br>_____<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | | _____ | $_____ |
| | | _____ | $_____ |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City           State    ZIP Code | | _____ | $_____ |
| | | _____ | $_____ |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____<br>Person Who Received Transfer<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City           State    ZIP Code<br><br>Person's relationship to you _____ | | | _____ |
| _____<br>Person Who Received Transfer<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City           State    ZIP Code<br><br>Person's relationship to you _____ | | | _____ |

Case 24-09140 Doc 134-15 Filed 07/31/26 Entered 07/31/26 13:53:19 Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules Page 44 of 67

Case 21-00059 Doc 59-9 Filed 08/10/22 Entered 08/10/22 22:51:32 Desc Ex. I
Chapter 7 Bankruptcy Petition Page 44 of 67

Case 19-13287 Doc 1 Filed 05/08/19 Entered 05/08/19 10:57:12 Desc Main
Document Page 44 of 67

Debtor 1    James   Cosmano      Case number (*if known*)_____

First Name    Middle Name    Last Name

---

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust | | _____ |

---

**Part 8:**   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution<br>_____<br>Number   Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution<br>_____<br>Number   Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br>_____<br>Number   Street<br>_____<br>City    State    ZIP Code | Name<br>_____<br>Number   Street<br>_____<br>City    State    ZIP Code | | ☐ No<br>☐ Yes |

Case 24-09140 Doc 134-15 Filed 07/31/26 Entered 07/31/26 13:53:19 Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules Page 45 of 67

Case 21-00059 Doc 59-9 Filed 08/10/22 Entered 08/10/22 22:51:32 Desc Ex. I
Chapter 7 Bankruptcy Petition Page 45 of 67

Case 19-13287 Doc 1 Filed 05/08/19 Entered 05/08/19 10:57:12 Desc Main
Document Page 45 of 67

Debtor 1    James Cosmano      Case number (*if known*)_____

First Name     Middle Name     Last Name

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>**Name of Storage Facility** | _____<br>**Name** | | ☐ No<br>☐ Yes |
| _____<br>**Number Street** | _____<br>**Number Street** | | |
| _____<br>**City**   **State**   **ZIP Code** | _____<br>**City State ZIP Code** | | |

---

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____<br>**Owner's Name** | | | $_____ |
| _____<br>**Number Street** | _____<br>**Number Street** | | |
| _____<br>**City**   **State**   **ZIP Code** | _____<br>**City**   **State**   **ZIP Code** | | |

---

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>**Name of site** | _____<br>**Governmental unit** | | _____ |
| _____<br>**Number Street** | _____<br>**Number Street** | | |
| _____<br>**City**   **State**   **ZIP Code** | _____<br>**City**    **State**   **ZIP Code** | | |

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 46 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 46 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 46 of 67

Debtor 1    James   Cosmano     Case number (*if known*)_____
      First Name    Middle Name     Last Name

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ **No**
☐ **Yes. Fill in the details.**

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ Name of site | _____ Governmental unit | | _____ |
| _____ Number   Street | _____ Number   Street | | |
| _____ City   State   ZIP Code | _____ City   State   ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ **No**
☐ **Yes. Fill in the details.**

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** | _____ Court Name | | ☐ Pending |
| | _____ Number   Street | | ☐ On appeal |
| **Case number** | _____ City   State   ZIP Code | | ☐ Concluded |

---

**Part 11:**    Give Details About Your Business or Connections to Any Business

---

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**
☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**
☐ **A partner in a partnership**
☐ **An officer, director, or managing executive of a corporation**
☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies. Go to Part 12.**
☑ **Yes. Check all that apply above and fill in the details below for each business.**

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Cosmano Law Offices<br>**Business Name** | Legal practice; sole proprietorship | |
| 1900 E. Golf Road<br>**Number   Street** | | EIN: __ __ – __ __ __ __ __ __ __ |
| Suite 950 | | **Dates business existed** |
| | **Name of accountant or bookkeeper** | |
| Schaumburg   IL   60173<br>**City   State   ZIP Code** | H&R Block | From _06/01/1997_   To _Current_ |
| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| _____<br>**Business Name** | | |
| _____<br>**Number   Street** | | EIN: __ __ – __ __ __ __ __ __ __ |
| | | **Dates business existed** |
| | **Name of accountant or bookkeeper** | |
| _____<br>**City   State   ZIP Code** | | From _____   To _____ |

Official Form 107     **Statement of Financial Affairs for Individuals Filing for Bankruptcy**     page **11**

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 47 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 47 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 47 of 67

Debtor 1    James  Cosmano _____    Case number (*if known*)_____
    First Name    Middle Name    Last Name

| Business Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: __ __ – __ __ __ __ __ __ __ |
|---|---|---|
| Number  Street | | Dates business existed |
| City  State  ZIP Code | Name of accountant or bookkeeper | From _____    To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

Date issued

_____    _____
Name    MM / DD / YYYY

_____
Number  Street

_____
City    State    ZIP Code

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ James  Cosmano_____    ✖ _____
**Signature of Debtor 1**    **Signature of Debtor 2**

Date 05/07/2019____    Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Case 24-09140 Doc 134-15 Filed 07/31/26 Entered 07/31/26 13:53:19 Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules Page 48 of 67

Case 21-00059 Doc 59-9 Filed 08/10/22 Entered 08/10/22 22:51:32 Desc Ex. I
Chapter 7 Bankruptcy Petition Page 48 of 67

Case 19-13287 Doc 1 Filed 05/08/19 Entered 05/08/19 10:57:12 Desc Main
Document Page 48 of 67

**Fill in this information to identify your case:**

Debtor 1   James  Cosmano
_____
First Name          Middle Name          Last Name

Debtor 2   _____
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7   12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
| --- | --- |

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| Creditor's name: Select Portfolio Servicing<br><br>Description of property securing debt: 450 E. Waterside Dr. | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>✔ Yes |
| Creditor's name: Chase<br><br>Description of property securing debt: 2202 W. Lawrence Lane | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |
| Creditor's name: Internal Revenue Service<br><br>Description of property securing debt: All real and personal property | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |
| Creditor's name: <br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Case 24-09140    Doc 134-15    Filed 07/31/26    Entered 07/31/26 13:53:19    Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules    Page 49 of 67

Case 21-00059    Doc 59-9    Filed 08/10/22    Entered 08/10/22 22:51:32    Desc  Ex. I
Chapter 7 Bankruptcy Petition    Page 49 of 67

Case 19-13287    Doc 1    Filed 05/08/19    Entered 05/08/19 10:57:12    Desc Main
Document    Page 49 of 67

Debtor _____James  Cosmano_____    Case number (*If known*)_____

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |

| Part 3: | Sign Below |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖ /s/ James  Cosmano                              ✖ _____
Signature of Debtor 1                                 Signature of Debtor 2

Date 05/07/2019                                       Date _____
    MM / DD / YYYY                                        MM / DD / YYYY

Official Form 108        **Statement of Intention for Individuals Filing Under Chapter 7**        page 2

Case 24-09140    Doc 134-15    Filed 07/31/26    Entered 07/31/26 13:53:19    Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules    Page 50 of 67

Case 21-00059    Doc 59-9    Filed 08/10/22    Entered 08/10/22 22:51:32    Desc  Ex. I
Chapter 7 Bankruptcy Petition    Page 50 of 67

Case 19-13287    Doc 1    Filed 05/08/19    Entered 05/08/19 10:57:12    Desc Main
Document    Page 50 of 67

Bank of America
PO Box 15019
Wilmington, DE 19886

Chase
P.O. Box 78420
Phoenix, AZ 85062

Chase
PO Box 15298
Wilmington, DE 19850

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Nordstrom FSB
P.O. Box 79137
Phoenix, AZ 85062

Robert J. Fedor
23550 Center Ridge Rd
Ste. 107
Westlake, OH 44145

Select Portfolio Servicing
P.O. Box 65250
Salt Lake City, UT 84165

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 51 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 51 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 51 of 67

United States Bankruptcy Court

Northern District of Illinois

In re:  James  Cosmano

Case No.

Chapter   7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____05/07/2019_____

/s/ James  Cosmano
_____
Signature of Debtor

_____
Signature of Joint Debtor

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 52 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 52 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 52 of 67

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

### The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7  —  Liquidation

- Chapter 11—  Reorganization

- Chapter 12—  Voluntary repayment plan for family farmers or fishermen

- Chapter 13—  Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:    Liquidation

| | |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

Case 24-09140    Doc 134-15    Filed 07/31/26    Entered 07/31/26 13:53:19    Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules    Page 53 of 67

Case 21-00059    Doc 59-9    Filed 08/10/22    Entered 08/10/22 22:51:32    Desc  Ex. I
Chapter 7 Bankruptcy Petition    Page 53 of 67

Case 19-13287    Doc 1    Filed 05/08/19    Entered 05/08/19 10:57:12    Desc Main
Document    Page 53 of 67

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 54 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 54 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 54 of 67

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 55 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 55 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 55 of 67

---

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

### Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

-  All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ Northern District of Illinois _____

**In re** James  Cosmano

Case No. _____

**Debtor**

Chapter _7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
    above named debtor(s) and that compensation paid to me within one year before the filing of the
    petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
    the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✓] FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 5,000.00_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 5,000.00_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00_____

[ ] RETAINER

    For legal services, I have agreed to accept a retainer of  . . . . . . . . . . . . . . . . . . . $_____

    The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $_____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
    approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    [✔] Debtor          [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [✔] Debtor          [ ] Other (specify)

4.  [✔]  I have not agreed to share the above-disclosed compensation with any other person unless they
    are members and associates of my law firm.

    [ ]  I have agreed to share the above-disclosed compensation with a other person or persons who
    are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
    of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
    bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
        whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be
        required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any
        adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

As governed by engagement agreement annexed hereto; Lakelaw does not attach, but discloses the existence of, a certain opinion letter about case results which is not a part of the engagement agreement per se

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Case 24-09140    Doc 134-15    Filed 07/31/26    Entered 07/31/26 13:53:19    Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules    Page 58 of 67

Case 21-00059    Doc 59-9    Filed 08/10/22    Entered 08/10/22 22:51:32    Desc  Ex. I
Chapter 7 Bankruptcy Petition    Page 58 of 67

Case 19-13287    Doc 1    Filed 05/08/19    Entered 05/08/19 10:57:12    Desc Main
Document    Page 58 of 67

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/07/2019
_____

*Date*

/s/ Justin Storer, 6293889
_____

*Signature of Attorney*

Lakelaw
_____

*Name of law firm*
53 West Jackson Boulevard
Suite 1115
Chicago, IL 60604
jstorer@lakelaw.com

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 59 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 59 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 59 of 67



53 West Jackson Boulevard, Suite 1115
Chicago, Illinois 60604

Phone:   (312) 588-5000 • (312) 360-1501
Fax:      (312) 360-1502

February 15, 2019

### ATTORNEY - CLIENT LEGAL SERVICE AGREEMENT AND HANDBOOK BETWEEN LAKELAW AND JAMES A. COSMANO ("CLIENT")

James A. Cosmano, Esq.
Cosmano Law Offices
203 N. LaSalle St., Suite 2100
Chicago, IL 60601

### Representation Agreement

Dear Mr. Cosmano:

Welcome to Bauch & Michaels, LLC d/b/a Lakelaw. We thank you for choosing us to represent you regarding your Chapter 7 bankruptcy case. We look forward to working with you and serving your legal needs in this matter. We consider it a privilege to represent you as you selected us from many other lawyers you could have chosen.

At Lakelaw, we commit to representing you with care, kindness, courtesy, respect, professionalism and dedication. We hope we meet your expectations and want you to let us know if you ever have any concerns.

We would like to offer you the following engagement agreement for your Chapter 7 bankruptcy case based on our analysis of your situation. We will need to perform a careful "means test analysis" to be sure that you qualify for chapter 7 by either having less than the median income for your household or "overcoming the presumption of abuse" which exists if you make more than the median income for your size of household.

**INTRODUCTION**

Our purpose in representing you in a case under Chapter 7 of the Bankruptcy Code is to assist you in obtaining a discharge in bankruptcy. This will relieve you of your obligation to pay most, if not all of your debts. We will also assist you in reaffirming, or agreeing to continue to pay, any debts you have, secured by real estate or personal property you would like to keep.

Since the Bankruptcy Code was amended in 2005, Congress has set up consumer bankruptcy cases like an obstacle course. We can provide guidance, but you must do your part and carefully follow our instructions. Otherwise, your case could be dismissed. or you could lose your discharge.

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 60 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 60 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 60 of 67

*Representation Agreement, February 15, 2019, Page 2*

Under the Bankruptcy Code, clients and lawyers must prepare detailed schedules and statements to be filed in the Bankruptcy Court. These papers will be reviewed very closely by the United States Trustee, which is a division of the United States Department of Justice, responsible for oversight of all bankruptcy cases. Your papers also will be reviewed by a private Chapter 7 trustee and perhaps the court. So accuracy and honesty in all respects is vital.

Failure to be accurate and honest in all respects could lead to loss of your right to receive a discharge in bankruptcy and in extreme cases could lead to serious criminal prosecution. I will interrogate you carefully but ultimately, it is up to you to be aware that everything that you state in your bankruptcy papers is under oath, under penalty of perjury. Material misstatements including omissions of assets or transactions may result in loss of your discharge, fines or even imprisonment. It is up to you, ultimately to assure that your bankruptcy papers are as perfectly accurate as possible.

Once you decide to hire us as your bankruptcy attorneys, please let your creditors know. They cannot call or harass you. If you decide to hire us as, you can't use your credit cards anymore. We'll ask you if you have used them since credit card companies may try to make you pay for recent charges even though you have filed bankruptcy. If someone other than you is paying your attorney's fees, please let us know. They will have to sign a waiver recognizing that you are our client and that we report to you even though someone else is paying your fee.

Because bankruptcy is a complex process – some say unnecessarily complex – our Agreement with you is not just a statement of our duties to you and your duties to us and the court. It is also a guide to the process and a handbook for you to refer to in making sure that you do what you are supposed to in dealing with the bankruptcy system, the trustee, and the bankruptcy court.

**YOUR OBLIGATIONS UNDER THE BANKRUPTCY CODE:**

The Bankruptcy Code imposes some very detailed and specific obligations on you as a debtor. It is vital that you do all of these things for you to be able to get your discharge. We will do everything we can do to do our part and we'll depend on you to do everything required on your part.

- You must take credit counseling from an approved provider within 180 days prior to filing your petition, but before the actual day on which you file your petition

- You must provide accurate and complete information for your bankruptcy petition, schedule and statement of financial affairs

- You must disclose all lawsuits you are involved in whether you are a plaintiff or defendant, even if they haven't started in court yet

- You must disclose all transfers of property to friends or relatives within the past 4 years

- You must disclose all transfers of anything for less than it was worth within the past 4 years

- You must disclose all payments to creditors 90 days before you file your bankruptcy case

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 61 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 61 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 61 of 67

*Representation Agreement, February 15, 2019, Page 3*

❑ You must disclose all payments to friends or relatives on account of debts within the year before you file your bankruptcy case

❑ You must decide whether to keep, surrender, or redeem (refinance) loans secured by real estate or personal property and indicate that on your bankruptcy petition

❑ You must give us your most recent income tax return or tax transcript and all "pay advices" or "pay stubs" received in the 60 days before you file your bankruptcy petition

❑ You must cooperate fully with the bankruptcy trustee appointed to oversee your case

❑ If your case is selected for audit, you must cooperate with the auditor

❑ You must appear at the "meeting of creditors" with the trustee appointed to oversee your case, which will happen within 30-40 days of filing of your case

❑ You must complete any reaffirmation agreement within 45 days after the date first scheduled for your first meeting of creditors

❑ **Accuracy in your bankruptcy papers is vital. All statements in your bankruptcy case are given under oath. Knowing and fraudulent misstatements in your bankruptcy papers may result in your bankruptcy discharge being denied. This means you would still owe all your debts even though you have filed a bankruptcy case. Further, you may face civil or criminal sanctions.**

❑ *You must complete a financial management course. We will discuss recommended courses with you. <u>If you do not take the course and provide the certificate, your case will be closed, but not discharged. We must then reopen the case and charge you both attorney's fees and costs for this process.</u>*

### STEP ONE: ANALYSIS OF THE "MEANS TEST"

**Before you can file a Chapter 7 case – and get a discharge of all your debts:**

Congress requires that you prove that your Chapter 7 case is not an "abuse" of the bankruptcy system. People who make less than the median income for their family-size are not presumed to be abusing the system by filing Chapter 7. We still have to examine your budget of income and expenses to see if your case might be considered to be an abuse. People who have disposable income are supposed to file Chapter 13 cases in most instances. **The means test, in general, does not apply to you because your debts are not primarily consumer debts.**

**Your First Homework Assignment:**

In order for us to determine whether you are eligible to file a Chapter 7 case, we have to analyze and evaluate your financial situation. And in order to do this, we are required to perform a "means test analysis." To do this, you must provide the following documents to us. We must do that even if the means test does not apply to you for purposes of preparing schedules I and J – your budget of income and expense.

❑ Pay stubs or payment advices from your salaried employment for the past six months.

➤ If you have not been employed during this period, you must give us your unemployment records including payments of unemployment benefits

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 62 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 62 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 62 of 67

*Representation Agreement, February 15, 2019, Page 4*

> ➢ If you are self-employed, you must give us evidence of your gross income and any business expenses deducted from your gross income for the past six months

> ➢ We must have records from the six-month period before your filing date. If we have to redo your means test because your filing is delayed, we will charge additional fees.

> ➢ If you are married and not filing with your spouse, we nevertheless need all of the above record for your spouse for purposes of the "means test" analysis.

> ➢ Current credit report. You may obtain this from www.annualcreditreport.com

> ➢ We highly recommend that you obtain a recent credit report from all three major credit reporting agencies (Experian, Equifax, TransUnion)

❑ Completed "Means Test Questionnaire"

If you earn less than the median income for a family your size, you "pass" the means test without the need for additional analysis. However, if you make more than the median income, you must provide additional information for us to determine if you are eligible to file a Chapter 7 case.

**Here is the data we absolutely need to perform the mandatory means test analysis as prescribed by Congress for those earning more than the median income.** Please have it ready if we request it. You may want to check-off each item as you gather and send your records.

❑ Last 90 days of bills that you got from your creditors regardless whether you paid them.

❑ Last 90 days of bank statements and check registers

❑ Documents regarding any sale or transfer of any property within the last 2 years

❑ Documents regarding any transfer or payments to relatives within the last 2 years

❑ Income Tax Returns for the past 3 years

❑ Copies of motor vehicle certificates of title

❑ Copies of mortgages recorded against your real estate

❑ Copies of any listing contracts for your real estate

❑ Copies of any pension plan, IRA or other retirement accounts and data concerning any withdrawals within the past 6 months

❑ Copies of life insurance policies you currently own, particularly with cash surrender value

❑ Copies of any pleadings for any lawsuit involving you

❑ Copies of any financing documents for any refinancing or non-purchase money, second or third mortgage loans obtained with the last 3 years.

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 63 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 63 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 63 of 67

*Representation Agreement, February 15, 2019, Page 5*

❑ Copies of the most recent bills on mortgages, auto loans, life and health insurance policies

❑ Records of actual medical expenses during the past six months.

❑ Records of tuition for private or parochial school paid during the past six months.

❑ Records concerning charitable contributions given during the past six months.

❑ Records concerning internet or telecommunication expenses during the past six months

❑ Records concerning child support or alimony paid or received during the past six months.

Please provide all of this information to our office as soon as possible. We cannot even begin to work on your bankruptcy petition, statement of financial affairs or filing until we have completed your "means test analysis." That's because we can't know for sure that you are eligible to file a Chapter 7 case until we complete your "means test analysis."

In some instances, Chapter 13 may be a better option, in which case, we will offer you the standard Chapter 13 Engagement Agreement and fees as prescribed by the Bankruptcy Court. If Chapter 13 is an option, we will discuss the benefits and risks with you so you can make an informed decision. If you file a Chapter 13, the $500 means test fee is applied to your Chapter 13 case. If you choose not to file, the $500 means test fee is not refundable.

**Your Second Homework Assignment:**

As soon as you decide to file for bankruptcy, you must obtain credit counseling from a credit counselor approved by the United States Trustee. We will discuss recommendations with you.

**STEP TWO: BANKRUPTCY PETITION & STATEMENT OF FINANCIAL AFFAIRS**

**Paying your Fee:**

Once we have completed your means test, you and we at Lakelaw want to get your case filed as soon as possible because the "means test" accounts for your situation during the most recent six months. If another month passes, the original means test analysis is no longer valid. We'll have to do it again taking into account your income and expenses for the most recent month.

In addition, we can't file your bankruptcy petition until you have paid us in full under our Agreement. The last thing you or we want is for you to get bankruptcy relief but still owe us money. Not only that but owing us money could put us in a conflict of interest with you. We want to avoid that and think you do too. During Step Two, please pay all fees due Lakelaw. You are also asked to provide us with the balance of the information we need to prepare your bankruptcy petition.

**Because of the complexity of some of the matters presented, the fee for your case will be $5,000.00 plus filing fees of $335 which are paid to the court. At present, it appears that this will be a chapter 7 case.**

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 64 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 64 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 64 of 67

*Representation Agreement, February 15, 2019, Page 6*

In general, after your initial consultation with a Lakelaw attorney, you won't need to meet personally with your attorney until your petition is ready to be filed. But please keep in touch with me or any other lawyer assigned to your case.

**FEES & CHARGES FOR SERVICES AND PAYMENT TERMS & PERFORMANCE OF "STANDARD SERVICES"**

You, the client, agree to pay all fees in full prior to meeting with your attorney for final review and filing of the Chapter 7 case. You may contact our consumer bankruptcy coordinator to discuss all details of your case and communicate with your attorney to discuss legal issues as needed, preferably by email.

All fees must be paid in full before we file the case and in any event within 120 days of the date of this Agreement. If fees are not paid within 120 days of this Agreement, all payments are deemed earned and are not refundable. This is because we have already done most of the work to prepare your petition.

If Lakelaw and Client both agree to continue this legal engagement beyond 4 months after the date of this Agreement, additional work will be needed to update your schedules, statement of financial affairs and means test, and additional fees will be charged.

The Bankruptcy Code requires us to advise you that nothing in this Agreement shall be deemed to be advice, that you must pay an attorney's fee to a Debt Relief Agency. Moreover, Lakelaw specifically states that Clients shall under no circumstances incur additional debt in order to satisfy Client's obligations under this Agreement.

**WHAT LAKELAW WILL DO FOR YOU – STANDARD SERVICES:**

Our fee includes compensation for the following **"standard services"**

- Analysis of your financial condition;

- Advice on seeking relief under Chapter 7 or Chapter 13 of the Bankruptcy Code;

- Assisting you to assemble all documents required to file a petition under the Bankruptcy Code;

- Advising you about the availability of exemptions under applicable law to allow you to keep certain property even though you are filing a bankruptcy case;

- Assisting you in meeting all requirements before making a petition for relief under the Bankruptcy Code and in meeting all conditions to obtain a discharge, if you are eligible;

- Preparing you for examination at meeting of creditors pursuant to Section 341 of the Bankruptcy Code;

- Assisting you with reaffirmation agreements, if applicable;

- Assisting with routine lien avoidance proceedings, if applicable – under the Bankruptcy Code, you can avoid certain judgments against real estate and certain liens against personal property – like a lien you may have granted to secure a personal loan;

- Assist in enforcing of the automatic stay, if required, to stop creditors from collecting debts against you;

- Arranging for electronic filing of the Client's bankruptcy petition and supporting papers;

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 65 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 65 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 65 of 67

*Representation Agreement, February 15, 2019, Page 7*

- Communicating with your bankruptcy trustee;
- Communicating with your creditors, as necessary;
- Review of mortgage loans for Truth in Lending Act or other mortgage-related violations;
- Pursuit of any claims under Fair Debt Collection Practices or other Consumer Protection Acts

### NON-STANDARD SERVICES

The flat fee does not cover fees for extraordinary services which include:

- Defense of protracted rule 2004 examinations
- Defense of any complaint to bar discharge
- Defense of any complaint to bar dischargeability of debt

Nothing you have told us about today suggests that this will be required. If our view changes, we will advise you.

### FEES CHARGEABLE AFTER FILING OF CASE:

After filing your Chapter 7 Case, you agree to pay Lakelaw for services rendered due to failure to provide the necessary information before we filed your case:

| | |
|---|---|
| **Amendments to Schedules:** | $250.00 up to 6 creditors<br>$50.00 for each additional 6 creditors |
| **Service of amended schedules on creditors added:** | $30.00 |
| **Fee to reopen case due to failure to obtain financial management certificate:** | $250 plus $260 filing fee |
| **Attorney time for attending extraordinary 2004 exams:** | Attorney's hourly rate |
| **Fee for failing to attend scheduled meeting of creditors**<br>**(unless due to medical or other emergency):** | $250.00 |

### ADDITIONAL SERVICES NOT INCLUDED OR COVERED BY THE AGREEMENT:

Lakelaw may require an additional retainer for "Additional Services" beyond the "Standard Services" listed and is not obligated to provide additional services until after receiving this retainer.

**Examples of "Additional Services" include, but are not limited to:**

- **Defending claims that your Bankruptcy Petition constitutes "Abuse" under the Bankruptcy Code**
- **Defending claims that one or more debts are non-dischargeable**
- **Defending claims that you are not entitled to a discharge under the Bankruptcy Code.**

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 66 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 66 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 66 of 67

*Representation Agreement, February 15, 2019, Page 8*

- **Defending matters arising from your failure to disclose material facts, your failure to provide required documents, any false statement you may make in your bankruptcy petition, schedules, Statement of Financial Affairs, or any documents provided or to be provided in support thereof.**

You agree to pay attorney's fees for all Additional Services at the prevailing hourly rates of the attorneys at Lakelaw. At the present time these hourly rates are as follows:

| David P. Leibowitz | $500/hour |
| Paul M. Bauch | $475/hour |
| Justin R. Storer | $375/hour |
| Carolina Y. Sales | $240/hour |

## STEP THREE: THE "341 MEETING"

Once we file your case, your responsibilities are to address reaffirmation agreements, take a financial management course, and attend a 341 Meeting. You must attend this meeting. If you do not attend, the case may be dismissed, and you will not be refunded any portion of our fees or costs.

**You must bring to the following documents to your 341 Meeting:**

- ❑ Driver's license, state ID card or passport showing your identity and photograph
- ❑ Social security card or other official document showing your social security number

Please arrive at the appointed location at least 15 minutes prior to your meeting so that your attorney can brief you about this meeting. Also, read the "Bankruptcy Information Sheet," which is available at the meeting for your convenience. The trustee may ask you whether you have done so.

If you fail to attend the 341 Meeting, we will charge an additional $250 unless you document an emergency or medical reason for not having attended.

## STEP FOUR: DISCHARGE

In most instances, you will have nothing further to do after the 341 Meeting. Sometimes, the trustee or the United States Trustee may ask for additional information. Each case is different. Your lawyer will consult with you if anything further is required. In most cases, you will receive your discharge from the clerk of the bankruptcy court 60 days after your 341 Meeting.

## ACKNOWLEDGEMENT OF RECEIPT OF DISCLOSURES

Client acknowledges that Client has received copies of the following Disclosure Documents.

**These documents include:**

- The Clerk's Notice mandated by Section 342(b) & Section 528(a) of the Bankruptcy Code
- "Important Information About Bankruptcy Assistance Services from an Attorney or Bankruptcy Petition Preparer" mandated by Section 528(b) of the Bankruptcy Code
- "Notice to Be Provided Pursuant to Section 528(c) of the Bankruptcy Code."

Case 24-09140   Doc 134-15   Filed 07/31/26   Entered 07/31/26 13:53:19   Desc
Exhibit 15: Cosmano Chapter 7 Petition and Schedules   Page 67 of 67

Case 21-00059   Doc 59-9   Filed 08/10/22   Entered 08/10/22 22:51:32   Desc  Ex. I
Chapter 7 Bankruptcy Petition   Page 67 of 67

Case 19-13287   Doc 1   Filed 05/08/19   Entered 05/08/19 10:57:12   Desc Main
Document   Page 67 of 67

*Representation Agreement, February 15, 2019, Page 9*

- "Notice to Be Provided Pursuant to Section 528(a) of the Bankruptcy Code"

**THE BANKRUPTCY CODE REQUIRES US TO EXPLICITLY & CONSPICUOUSLY INFORM YOU THAT:**

**"WE ARE A DEBT *RELIEF* AGENCY. WE HELP PEOPLE FILE FOR BANKRUPTCY RELIEF UNDER THE BANKRUPTCY CODE"**

You understand that Lakelaw is unwilling to represent you without an advance payment retainer. You agree this is an "advance payment retainer" and it is placed immediately in our general account.

Costs for your bankruptcy case will be deposited in our IOLTA clients' fund account until your case is filed.

By executing this agreement, you agree the retainer is an advance payment retainer. Our obligation to represent you does not start until the entire "advance payment retainer" and filing fees are paid, and this signed representation agreement is received.

_____
Lakelaw/Kenneth A. Michaels Jr.        Date: Friday, February 15, 2019

_____
James A. Cosmano        Date: February 15, 2019

**IMPORTANT NOTE:** Lakelaw is an assumed name for Bauch & Michaels, LLC. David P. Leibowitz is of counsel to Bauch & Michaels, LLC, and is principal of the Law Offices of David P. Leibowitz, LLC, an Illinois Limited Liability Company.