**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

IN RE:                                                    )          Chapter 13
                                                         )
James Anthony Cosmano,                     )          Case No. 24 B 09140
                                                         )
                           Debtor.              )          Hon. Timothy A. Barnes

**NOTICE OF MOTION**

   TO:     See attaches Service list

       PLEASE TAKE NOTICE that on October 1, 2026, at 11:00 a.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, either in courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois or electronically as described below, and present the motion of **JAMES COSMANO'S MOTION FOR SUMMARY JUDGMENT REGARDING THE DEBTOR'S OBJECTION TO CLAIMS 3-1 AND 3-2 OF THE DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT AS THE UNITED STATES CANNOT PROVE NON DISCHARGEABILITY AS REQUIRED BY 11 USC 523(A)(1),** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.
**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.
**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.
**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                  James Cosmano
                                                  BY: /S/ PAUL M. BACH
                                                  Paul M. Bach
                                                  Bach Law Offices, Inc.
                                                  P.O. Box 1285
                                                  Northbrook, IL 60065
                                                  PHONE: (847) 564 0808

**CERTIFICATE OF SERVICE**

I, Paul M. Bach, certify under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on July 31, 2026.

/s/ Paul M. Bach

SERVICE LIST

**Jeffrey N Nunez**                                    BY ECF ELECTONIC DELIVERY
U.S. Department of Justice- Tax Division
P.O. Box 55
Washington, DC 20044


**Noah D Glover-Ettrich**                              BY ECF ELECTONIC DELIVERY
United States Department of Justice, Tax
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| James Cosmano, | ) | Case No. 19 B 13287 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |
| James Cosmano, | ) | |
| | ) | |
| Adversary Plaintiff | ) | Adversary No. 21 A 00059 |
| -vs- | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Adversary Defendant. | ) | |

**JAMES COSMANO'S MOTION FOR SUMMARY JUDGMENT REGARDING THE DEBTOR'S OBJECTION TO CLAIMS 3-1 AND 3-2 OF THE DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT AS TO ADVERSARY CASE 21-00059**

Now comes the Debtor, James Cosmano ("Debtor"), by his attorney, Paul M. Bach of Bach Law Offices, Inc., filing this Motion for Summary Judgment seeking Judgment in the Favor of Debtor and against the United States Department of Treasury – Internal Revenue Service ("United States") as to the Debtor's Objection to Claims 3-1 and 3-2 of the Department of the Treasury –Internal Revenue Service and states as follows:

1.      The Court should grant summary judgment in Plaintiff's favor as to as to the Debtor's Objection to Claims 3-1 and 3-2 of the Department of the Treasury –Internal Revenue Service. In accordance with Fed. R. Civ. P. 56(c), no genuine issues of material fact exist, and James Cosmano is entitled to judgment as a matter of law.

2.      In the alternative, if the court finds that the Court has subject matter jurisdiction as to Adversary Proceeding 21-00059, then the Court should grant summary judgment in Plaintiff's favor and discharge all taxes alleged to be due to the Department

3

of the Treasury –Internal Revenue Service. In accordance with Fed. R. Civ. P. 56(c), no genuine issues of material fact exist, and James Cosmano is entitled to judgment as a matter of law.  As Defendants admitted to the relevant facts, Plaintiff is entitled to judgment as a matter of law. (*See Memorandum of Law)*

3.	Attached pursuant to Local Rule 7056-1, is a Statement of Material Facts with attached documents and a Memorandum of Law as to both the primary relief sought and the alternative relief.

WHEREFORE the Defendant, James Anthony Cosmano, prays that the Court enter Summary Judgment in favor of James Anthony Cosmano seeking Judgment in the Favor of James Anthony Cosmano and against the United States Department of Treasury – Internal Revenue Service ("United States") as to the Debtor's Objection to Claims 3-1 and 3-2 of the Department of the Treasury –Internal Revenue Service or in the alternative for Summary Judgment in Adversary 21-00059 and enter Judgment in his favor in this matter and for any further relief that this court deems just

Respectively Submitted,
James Cosmano

BY: /S/ PAUL M. BACH
Paul M. Bach
Bach Law Offices, Inc.
P.O. Box 1285
Northbrook, IL 60065
PHONE: (847) 564 0808

4