IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 24-09140 |
| | ) | Chapter 13 |
| JAMES A. COSMANO, | ) | Judge Timothy A. Barnes |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CREDITOR UNITED STATES' NOTICE OF WITHDRAWAL OF FILINGS**

Creditor United States of America, on behalf of the Internal Revenue Service, hereby files this notice of withdrawal of filings at Docs. 134 and 135, which were filed in error and requests that the Clerk delete them from the docket.

The United States' filings at Docs. 134 and 135 are its statement of material fact pursuant to L.R. 7056-1, with supporting exhibits, in support of the United States' renewed motion for summary judgment (filed at Doc. 133). The summary judgment motion and supporting documents should remain on the docket. The filings at Docs. 134 and 135 show track changes and contain errors that were corrected in MS Word, but those changes did not save, and the undersigned counsel did not notice the mistake until after filing them on the Court's CM/ECF system. The filings are withdrawn by the United States because they were filed by mistake.

The United States has re-file a corrected statement of material facts together with all supporting exhibits, at Doc. 136, and which takes the place of the filings at Docs. 134 and 135. The United States requests that pursuant to the withdrawal, the Clerk of the Court remove the affected filings from the docket so that they are no longer accessible.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax
Litigation Branch

*/s/ Jeffrey N. Nuñez*
JEFFREY N. NUÑEZ
BRADLEY A. SARNELL
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Telephone:    (202) 616-5218 (Nuñez)
                      (202) 307-1038 (Sarnell)
Facsimile: (202) 514-5238
Jeffrey N. Nunez@usdoj.gov
Bradley.A.Sarnell@usdoj.gov

## CERTIFICATE OF SERVICE

I, Jeffrey N. Nuñez, hereby certify that the foregoing *Creditor United States' Notice of Withdrawal of Filings* was filed and served on July 31, 2026, pursuant to the Bankruptcy Court's ECF system as to the ECF filers on the electronic mail notice list, or sent by U.S. mail on the same date, as follows:

James A. Cosmano                                     (via U.S. mail)
2202 Lawrence Lane
Mount Prospect, IL 60056
*Debtor*

Paul M. Bach                                              (via CM/ECF)
Bach Law Offices
*Attorney for Debtor*

Adam Brief                                                  (via CM/ECF)
Office of the U.S. Trustee
*Acting U.S. Trustee*

Thomas H. Hooper                                       (via CM/ECF)
*Chapter 13 Trustee*

Nationstar Mortgage LLC                            (via U.S. mail)
c/o Rushmore Servicing
Attn: Bankruptcy Department
PO Box 619096
Dallas TX 75261-9741
*Creditor*

Mission Lane LLC                                       (via U.S. mail)
by AIS Infosource, LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
*Creditor*

/s/ Jeffrey N. Nuñez
JEFFREY N. NUÑEZ
United States Department of Justice
Civil Division, Tax Litigation Branch

3