Form G-15

UNITED STATES BANKRUPTCY COURT
NORTHERN District of ILLINOIS
EASTERN DIVISION
219 SOUTH DEARBORN STREET , CHICAGO , IL 60604

# CHANGE OF ADDRESS – **CREDITOR**

**If completed by an attorney, this form must be filed electronically in CM/ECF.**
**This form cannot be used to change the name of a creditor.**

In re: JAMES ANTHONY COSMANO

Case Number: 24-09140

Chapter: 13

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

Enter related claim number(s) if any: 2

Dollar Amount: $2,358.65

Previous Notice Address:
Mission Lane LLC by AIS Infosource, LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

New Notice Address:
No change

Previous Payment Address:
Mission Lane LLC by AIS Infosource, LP as agent
PO Box 4457
Houston, TX 77210

New Payment Address:
Mission Lane LLC by AIS Infosource, LP as agent
PO Box 661380
Dallas,TX 75266-1380

Change requested by: Samir Vaghela, Claims Processor
(Printed name and title)

Mailing Address
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

Creditor Phone Number: 877-893-8820
Creditor Email Address: POC_AIS@aisinfo.com

Signature and Date :/s/ Samir Vaghela 08/15/2026

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**In RE:**

**Case Number:** 24-09140

JAMES ANTHONY COSMANO

**Debtor(s)**

## Certificate of Service

I certify that on 08/15/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
PAUL M BACH
PAUL@BACHOFFICES.COM

Trustee
THOMAS H HOOPER
thomas.h.hooper@chicagoch13.com

United States Trustee
PATRICK S LAYNG

/s/ Samir Vaghela

Samir Vaghela
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com