UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>James Anthony Cosmano<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 24-09140<br><br>Chapter: 13<br>Honorable Timothy A. Barnes |

**ORDER GRANTING UNITED STATES' MOTION TO ESTABLISH ADVERSE INFERENCES AND BAR TESTIMONY IN CONTESTED MATTER INVOLVING TAX CLAIMS**

The United States' motion is GRANTED.

For the purposes of this case, the Court deems that any answers that Debtor James A. Cosmano would have given in response to the United States' Second Set of Interrogatories, Second Set of Requests for Production of Documents, First Set of Requests for Admission, and deposition questions in Cosmano v. United States of America, Adv. Proc. No. 21-00059, which are being treated as if they were served in the contested matter arising from the Debtor James A. Cosmano's objection to Proofs of Claim 3-1 and 3-2 filed by the Internal Revenue Service, would be adverse to his interests. The Court will make the following adverse inferences:

1. Mr. Cosmano constructed (or caused to be constructed) a false wall in the Waterside Drive Property that concealed a portion of the square footage of the property;

2. He informed Michael Kuehn that the condo unit was 1,135 square feet and one bedroom rather than its true size in order to procure an appraisal at a lower value;

3. He obtained a second appraisal from Kevin Vaught that listed the condo unit as being 1,135 square feet and one bedroom rather than its true size (which was concealed by the false wall), which Mr. Cosmano did not disclose to Mr. Vaught;

4. His intent in obtaining and using those inaccurate appraisals in the Chapter 7 contested matters and the District Court lien enforcement action was to avoid collection of his tax liabilities; and

5. His intent in vandalizing the Waterside Property was to evade collection of his taxes.

Debtor James A. Cosmano is barred from providing any substantive testimony at any trial or hearing or by affidavit in the above-referenced contested matter.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 1, 2026