**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**Honorable** **Timothy A. Barnes**

**Hearing Date** **October 1, 2026**

**Bankruptcy Case** No. **24 B 09140**

**Adversary No.**

**Title of Case** **James Anthony Cosmano**

**United States Of America's Renewed Motion For Summary Judgment In Contested Matter Involving Objection To IRS Proof Of Claim**
**(Docket No. 133)**

**Names and Addresses of moving counsel**

**Representing**

## ORDER

**United States of America's Post Ruling Briefing.**

**Response due on or before October 15, 2026.**

If no response is filed and no party contacts the court prior to the response deadline to indicate the matter has been resolved, the motion will be treated as uncontested and, based on any uncontested allegations in the motion, as supported by evidence where necessary, will be granted or denied in the absence of further hearing.

If a response is filed timely, the motion will be deemed contested. A reply, if any, will be due by October 22, 2026. A reply is not required, but should the movant fail to file a reply, they may not argue orally at the hearing with respect to matters raised in the response.

No further argument will be entertained unless ordered by the court.

No party should assume that the motion will be continued for further evidence. All evidentiary support must be submitted with the foregoing briefs.

Hearing continued to November 5, 2026 at 11:00 a.m. Appear in Courtroom 744, 219 South Dearborn St, Chicago, IL 60604, or using Zoom.