**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**Honorable** Timothy A. Barnes **Hearing Date** November 5, 2026

**Bankruptcy Case No.** 24 B 09140 **Adversary No.**

**Title of Case** James Anthony Cosmano

United States Of America's Renewed Motion For Summary Judgment In Contested Matter Involving Objection To IRS Proof Of Claim
(Docket No. 133)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated on the record at the hearing in this matter on November 5, 2026, the Motion for Summary Judgment is DENIED.