Form G-3 (20260512)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| James Anthony Cosmano | ) | |
| | ) | No. 24-09140 |
| | ) | |
| Debtor | ) | Judge Timothy A. Barnes |

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on 11/19/2026, at 9:30 AM, I will appear before the Honorable Judge Timothy A. Barnes, or any judge sitting in that judge's place, **either** in courtroom 744 of the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, **or** electronically as described below, and present the motion of Codilis & Associates, P.C. for Rocket Mortgage, LLC, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the Motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 329 5276, and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ Peter C. Bastianen
Attorney for Movant

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
Juanita M. Deaver SBOT#24126385
Michael J. Kulak ARDC#6288324
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
14-24-04037
NOTE: This law firm is a debt collector.

# CERTIFICATE OF SERVICE

I, Peter C. Bastianen, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the service list below at the address shown and by the method indicated on the list on November 10, 2026.

Thomas H. Hooper, Chapter 13 Trustee, Office of the Chapter 13 Trustee 150 N Michigan Ave Suite 3800, Chicago, IL 60601 by ECF Notice
James Anthony Cosmano, Debtor, 2202 W. Lawrence Lane, Mount Prospect, IL 60056 by pre-paid first class U.S. Mail
Rose M. Cosmano, Co-Debtor, 2202 W. Lawrence Lane, Mount Prospect, IL 60056 by pre-paid first class U.S. Mail
Paul M. Bach, Attorney for Debtor, P.O. Box 1285, Northbrook, IL 60065 by ECF Notice
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by ECF Notice

/s/ Peter C. Bastianen
Attorney for Movant

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
Juanita M. Deaver SBOT#24126385
Michael J. Kulak ARDC#6288324
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
14-24-04037
NOTE: This law firm is a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** | Chapter: 13 |
| James Anthony Cosmano | No.: 24-09140 |
| Debtor | Judge Timothy A. Barnes |

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

**NOW COMES** Rocket Mortgage, LLC, (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) and §1301(c) for an Order granting Movant relief from the automatic stay and co-debtor stay, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 2202 W. Lawrence Lane, Mount Prospect, IL 60056;

3. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 6/21/2024;

4. The Chapter 13 plan herein provides for the cure of the default of said mortgage and maintenance of current payments during the pendency of the proceeding;

5. Pursuant to the plan, Debtor is to disburse the current monthly mortgage payments directly to Movant beginning with the first payment due after the filing of the Chapter 13 Bankruptcy (subject to periodic adjustment due to change in escrow);

6. Movant is entitled to relief from the automatic stay under 11 U.S.C. Section 362(d) for the following reasons:

a) As of 11/06/2026, the Debtor is past due for the 9/1/2026 payment, and all amounts coming due since that date. Any payments received after this date may not be reflected in this default;

b) As of 11/06/2026, the total post-petition default through and including 11/1/2026, is $4,081.54, which includes a suspense credit of $1,211.76. Any payments received after this date may not be reflected in this default. This amount includes post-petition attorney fees in the amount of $1,549.00;

7. Said failure to make post-petition mortgage payments is sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. Section 362(d)(1);

8. This Court has authority to order that Rule 4001(a)(4) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

9. Movant has incurred attorney fees and/or costs in connection with this motion:

$1,350.00 for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same

$199.00 for Court filing fee

10. Attached are redacted copies of any documents that support the motion for relief, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary;

11. That the subject note and mortgage are co-signed by Rose M. Cosmano and that to the extent that the co-debtor stay of 11 U.S.C. §1301 applies to real estate loans, it applies to Rose M. Cosmano and grounds exist for relief therefrom under 11 U.S.C. §1301(c)(1) as the co-debtor received an ownership interest in the property and under 11 U.S.C. §1301(c)(3) if the automatic stay is modified therein.

**WHEREFORE,** Rocket Mortgage, LLC prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) and Section 1301(c) modifying the automatic stay and co-debtor stay as to Movant, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this November 10, 2026.

Respectfully Submitted,

Codilis & Associates, P.C.

By: /s/ Peter C. Bastianen
Attorney for Movant

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
Juanita M. Deaver SBOT#24126385
Michael J. Kulak ARDC#6288324
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
14-24-04037
NOTE: This law firm is a debt collector.