Form G24 (20260311)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 24-09140 |
| James Anthony Cosmano | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

This matter coming before the court on the motion of Rocket Mortgage, LLC ("Movant") for relief from the automatic stay and the co-debtor stay,

IT IS ORDERED:

(1) The motion is granted, as set forth herein. The stay is modified so as not to restrain Movant from pursuing in rem non-bankruptcy remedies as to 2202 W. Lawrence Lane, Mount Prospect, IL 60056.

(2) The co-debtor stay is modified so as not to restrain Movant from pursuing remedies as to Rose M. Cosmano.

(3) The stay in Rule 4001(a)(4) does not apply to this order.

Enter:

Dated: United States Bankruptcy Judge

**Prepared by:**

Peter C. Bastianen ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
File No. 14-24-04037