Form G-4

**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor James Anthony Cosmano Case No. 24-09140 Chapter 13

All Cases: Moving Creditor ROCKET MORTGAGE, LLC Date Case Filed 6/21/2024

Nature of Relief Sought: ■ Lift Stay ☐ Annul Stay ■ Other (describe) Co-Debtor Stay

Chapter 13: Date of Confirmation Hearing 11/19/2026 or Date Plan Confirmed ____________

Chapter 7: ☐ No-Asset Report Filed on ____________
☐ No-Asset Report not Filed, Date of Creditors Meeting ____________

1. Collateral
   a. ■ Home
   b. ☐ Car Year, Make, and Model ____________
   c. ☐ Other (describe) ____________

2. Balance Owed as of 11/06/2026 $136,855.67
   Total of all other Liens against Collateral ____________

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $120,000.00, per Debtor's Schedules

5. Default
   a. ☐ Pre-Petition Default as of petition date
      Number of months ______ Amount ______

   b. ■ Post-Petition Default
      i. ■ On direct payments to the moving creditor
         Number of months 3 Amount $4,081.54

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ______ Amount ______

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid Amount $ ______
      iii. ☐ Rapidly depreciating asset
      iv. ☐ Other (describe) ______

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) ______
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) ______

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm ii. ☐ Redeem iii. ☐ Surrender iv. ■ No Statement of Intention Filed

Date: November 10, 2026 /s/ Peter C. Bastianen
Counsel for Movant

(Rev. 12/21/09)