# *Motion For Relief Information*

## *Post-Petition Ledger*

| | |
|---|---|
| **Filed By:** | COSMANC |
| **Case Number:** | 2409140 |
| **Filing Date:** | 06/21/2024 |
| | |
| **ayments in POC:** | |
| **rst Post Due Dat** | 07/01/2024 |

**Payment Changes**

| From Date | To Date | Total Amount | P&I Total | Escrow Total | Interest Rate Change |
|---|---|---|---|---|---|
| 07/01/24 | 06/01/25 | $1,113.37 | $674.00 | $439.37 | |
| 07/01/25 | 06/01/26 | $1,178.01 | $674.00 | $504.01 | |
| 07/01/26 | | $1,248.10 | $674.00 | $574.10 | |

| Date | Amount | Applied T | Post Petition | Post Suspense | Comments |
|---|---|---|---|---|---|
| 07/15/2024 | $1,113.37 | 07/01/24 | $1,113.37 | $0.00 | |
| 08/19/2024 | $1,114.00 | 08/01/24 | $1,113.37 | $0.63 | |
| 09/11/2024 | $1,111.15 | | | $1,111.78 | |
| 09/11/2024 | $5.00 | 09/01/24 | $1,113.37 | $3.41 | |
| 10/16/2024 | $1,115.00 | 10/01/24 | $1,113.37 | $5.04 | |
| 11/20/2024 | $1,120.00 | 11/01/24 | $1,113.37 | $11.67 | |
| 12/18/2024 | $1,120.00 | 12/01/24 | $1,113.37 | $18.30 | |
| 01/22/2025 | $1,120.00 | 01/01/25 | $1,113.37 | $24.93 | |
| 03/03/2025 | $1,120.00 | 02/01/25 | $1,113.37 | $31.56 | |
| 04/02/2025 | $1,110.00 | 03/01/25 | $1,113.37 | $28.19 | |
| 05/10/2025 | $1,110.00 | 04/01/25 | $1,113.37 | $24.82 | |
| 06/09/2025 | $1,115.00 | 05/01/25 | $1,113.37 | $26.45 | |
| 07/03/2025 | $1,177.00 | 06/01/25 | $1,113.37 | $90.08 | |
| 07/15/2025 | $1,177.00 | 07/01/25 | $1,178.01 | $89.07 | |
| 08/26/2025 | $1,177.00 | 08/01/25 | $1,178.01 | $88.06 | |
| 10/09/25 | $1,180.00 | 09/01/25 | $1,178.01 | $90.05 | |
| 11/07/25 | $1,200.00 | 10/01/25 | $1,178.01 | $112.04 | |
| 12/15/25 | $1,180.00 | 11/01/25 | $1,178.01 | $114.03 | |
| 01/06/26 | $1,180.00 | 12/01/25 | $1,178.01 | $116.02 | |
| 02/13/26 | $1,180.00 | 01/01/26 | $1,178.01 | $118.01 | |
| 03/16/26 | $1,180.00 | 02/01/26 | $1,178.01 | $120.00 | |
| 04/16/26 | $1,180.00 | 03/01/26 | $1,178.01 | $121.99 | |
| 04/27/26 | $1,100.00 | 04/01/26 | $1,178.01 | $43.98 | |
| 05/15/26 | $1,100.00 | | | $1,143.98 | |
| 06/25/26 | $1,250.00 | 05/01/26 | $1,178.01 | $1,215.97 | |
| | | 06/01/26 | $1,178.01 | $37.96 | |
| 7/22/2026 | $1,200.00 | | | $1,237.96 | |
| 9/15/2026 | $1,280.00 | 07/01/26 | $1,248.10 | $1,269.86 | |
| 10/14/26 | $1,190.00 | 08/01/26 | $1,248.10 | $1,211.76 | |